**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

LARRY KLAYMAN,

Plaintiff,

**Civil Case No. 4:25-cv-00023**

vs.

KAMALA D. HARRIS, and
JOSEPH R. BIDEN,
DR. JILL TRACY JACOBS
BIDEN, the FLORIDA
DEMOCRATIC PARTY and
DR. KEVIN O'CONNOR.

Defendants.

## NOTICE OF REMOVAL

The United States by and through the undersigned attorneys, hereby removes the above-captioned action to the United States District Court for the Northern District of Florida, Tallahassee Division, pursuant to 28 U.S.C. §§ 1442(a)(1), 2679(d)(2), and respectfully gives notice as follows.

## STATE COURT ACTION

On July 24, 2024, Plaintiff Joseph Larry Klayman filed an Amended Complaint in the Circuit Court of the Second Judicial Circuit in and for Leon County, Florida, captioned *Larry Klayman v. Kamala Harris, Joseph R. Biden, Dr. Jill Tracy Jacobs Biden, the Florida Democratic Party, and Dr. Kevin O'Connor.* The United States attaches a copy of the state court Amended Complaint as Exhibit A; a copy of the state court docket sheet as Exhibit B; and legible copies of each paper docketed in the state court as Exhibit C as required by 28 U.S.C. §

1446(a) and Local Rule 7.2(A). Plaintiff's case is a fraud action alleging that the Defendants fraudulently hid the mental and physical condition of President Biden beginning before the 2020 election and continuing through February 28, 2024. On January 14, 2025, the Director of the Torts Branch, Civil Division, United States Department of Justice certified that defendants Kamala Harris, Joseph R. Biden, and Kevin O'Connor were employees of the United States acting within the scope of their federal office or employment as Vice President, President, and Physician to the President, respectively, of the United States for the incidents alleged in Plaintiff's complaint occurring during their terms in office, which is to say, after January 20, 2021.

**MEMORANDUM OF LAW**

Congress has provided that, upon certification by the Attorney General or his designee that the defendants were acting in the scope of their employment at the time of the incident out of which the suit arose, any such civil action or proceeding commenced in a state court shall be removed at any time before trial by the Attorney General to the district court of the United States of the district and division embracing the place wherein it is pending and the proceeding deemed a tort action brought against the United States under the provisions of Title 28 of the United States Code. 28 U.S.C. § 2679(d). The Attorney General delegated his authority to issue such a certification to the Director of the Torts Branch. 28 C.F.R. § 15.4.

Here, Defendant Kamala Harris is Vice President of the United States, and Kirsten L. Wilkerson, Director of the Torts Branch, Civil Division, has certified that Vice President Harris was acting within the scope of her federal employment with respect to the incidents alleged in the Complaint which occurred after January 20, 2021. A copy of that certification is attached as Exhibit D. Likewise, Defendant Joseph R. Biden is the President of the United States, and

Kirsten L. Wilkerson, Director of the Torts Branch, Civil Division, has certified that President Biden was acting within the scope of his federal employment with respect to the incidents alleged in the Complaint which occurred after January 20, 2021. A copy of that certification is attached as Exhibit D. Finally, Kevin O'Connor is the Physician to the President, and Kirsten L. Wilkerson, Director of the Torts Branch, Civil Division, has certified that Dr. O'Connor was acting within the scope of his federal employment with respect to the incidents alleged in the Complaint which occurred after January 20, 2021. A copy of that certification is attached as Exhibit D. The state court action was filed in Leon County, which is included in the Tallahassee Division of this Court, so this action is properly removed to the Tallahassee Division. In accordance with 28 U.S.C. § 2679(d), undersigned counsel signs this notice pursuant to Rule 11 of the Federal Rules of Civil Procedure.

WHEREFORE, the United States removes this action to the United States District Court, Northern District of Florida, Tallahassee Division.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

JASON R. COODY
United States Attorney
Northern District of Florida

KIRSTEN L. WILKERSON
Director

/s/ Jocelyn Krieger
JOCELYN KRIEGER
Trial Attorney
Torts Branch, Civil Division
United States Department of Justice
P.O. Box 888
Washington, DC 20044

Telephone: (202) 616-1679
Facsimile: (202) 616-5200
Email: jocelyn.krieger@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 15, 2025, I served a true and correct copy of the foregoing document by U.S. Mail and email on the following:

Larry Klayman, Esq.
Pro Se
Freedom Watch, Inc.
7050 W. Palmetto Park Road
Boca Raton, FL, 33433
Email: leklayman@gmail.com

And that on the same date, by agreement, I served a true and correct copy of the foregoing document by email on the following:

Frederick S. Wermuth
Attorney for Defendants Joseph R. Biden, Kamala D. Harris, and Dr. Jill Tracy Jacobs Biden
KING, BLACKWELL,
ZEHNDER & WERMUTH, P.A.
P.O. Box 1631
Orlando, FL 32802-1631
fwermuth@kbzwlaw.com (Primary)
mhill@kbzwlaw.com (Secondary)

Bram Alden
Attorney for Defendants Joseph R. Biden, Kamala D. Harris, and Dr. Jill Tracy Jacobs Biden
523 West 6th St., Suite 400
Los Angeles, CA 90014
Hueston Hennigan LLP
balden@hueston.com

And that on the same date, I served a true and correct copy of the foregoing document by U.S. Mail on the following:

Florida Democratic Party
201 South Monroe Street
Suite 300

Tallahassee, FL 32301

Dr. Kevin O'Connor
c/o Ross Hall
2300 Eye Street NW
Washington DC 20037

*/s/ Jocelyn Krieger*
JOCELYN KRIEGER
Trial Attorney, Civil Division