# Exhibit B

# Leon County Clerk of the Circuit Court and Comptroller
# Court Case Search

Full Case View

**Print Page**

**37 2024 CA 001114 - KLAYMAN, LARRY vs KAMALA D HARRIS ACTING INDIVIDUALLY AND AS VICE PR**

| Party Status | Party | Party Code | Attorney | Attorney Status |
|---|---|---|---|---|
| | PRESIDENT JOSPEH R BIDEN ACTING INDIVIDUALLY AND A , | DEFENDANT | PRO SE | ACTIVE |
| | KAMALA D HARRIS ACTING INDIVIDUALLY AND AS VICE PR , | DEFENDANT | PRO SE | ACTIVE |
| | DR JILL TRACY JACOBS BIDEN , | DEFENDANT | PRO SE | ACTIVE |
| | FLORIDA DEMOCRATIC PARTY , | DEFENDANT | PRO SE | ACTIVE |
| | DR KEVIN O CONNOR , | DEFENDANT | PRO SE | ACTIVE |
| | KLAYMAN, LARRY | PLAINTIFF | LARRY ELLIOT KLAYMAN | ACTIVE |

Top of Page

| Action Dscr | Open/Reopen Status | Open/Reopen Date | Disposition | Disposition Date | Judge |
|---|---|---|---|---|---|
| OTHER CIRCUIT CIVIL | OPEN | 7/10/2024 | | | COOPER |

Top of Page

| Charge # | Action Code | Description | Plea Date | Plea | Decision Date | Court Action | Charge Disposition | Citation |
|---|---|---|---|---|---|---|---|---|
| | | - | | | | | | |

Top of Page

| Judges Appearing on Case | | | |
|---|---|---|---|
| Last Name | First Name | Date Assigned | Source |
| COOPER | JOHN | 7/16/2024 8:46:50 AM | BM |

Top of Page

**Viewing Option for Sensitive and Confidential Cases**

**Non-Viewable images in Court Cases Requiring Clerk Assistances**

e-Certify Documents

Docket Table Headers Are Sortable. Click For Ascending, Again For Descending Order
Source Table Abbreviations: BM = Benchmark; JIS = Justice Informations System

| Docket Date | CCISSeqNbr | Docket Code | ECertify | Docket Text | OR Book | OR Page | Source |
|---|---|---|---|---|---|---|---|
| 7/10/2024 | 2 | CCS_ | ‹‹-Req $ | CIVIL COVER SHEET | | | BM |
| 7/10/2024 | 3 | COMP_CA_ | ‹‹-Req $ | COMPLAINT | | | BM |
| 7/16/2024 | 1 | a002 | | JUDGE COOPER, JOHN C: ASSIGNED | | | BM |
| 7/16/2024 | 4 | RECEIPT_ | ‹‹-Req $ | PAYMENT $400.00 RECEIPT #1792499 | | | BM |
| 7/16/2024 | 5 | UOCC_ | | UNIFORM ORDER FOR ACTIVE, DIFFERENTIAL CIVIL CASE MANAGEMENT E-NOTICED via email on 2024-07-16 | | | BM |
| 7/18/2024 | 6 | SUIS_ | ‹‹-Req $ | SUMMONS ISSUED | | | BM |
| 7/18/2024 | 7 | SUIS_ | ‹‹-Req $ | SUMMONS ISSUED | | | BM |
| 7/18/2024 | 8 | SUIS_ | ‹‹-Req $ | SUMMONS ISSUED | | | BM |
| 7/18/2024 | 9 | SUIS_ | ‹‹-Req $ | SUMMONS ISSUED | | | BM |
| 7/22/2024 | 10 | RECEIPT_ | ‹‹-Req $ | PAYMENT $40.00 RECEIPT #1793721 | | | BM |
| 7/24/2024 | 11 | AMCO_ | ‹‹-Req $ | AMENDED COMPLAINT | | | BM |
| 8/26/2024 | 12 | SUIS_ | ‹‹-Req $ | SUMMONS ISSUED | | | BM |
| 8/28/2024 | 13 | RECEIPT_ | ‹‹-Req $ | PAYMENT $10.00 RECEIPT #1800799 | | | BM |

Top of Page

| Event | Date | Start | Location | Judge | Result | Source |
|---|---|---|---|---|---|---|

Top of Page

| Docket Application | Owed | Paid | Dismissed | Due |
|---|---|---|---|---|
| COMPLAINT | $400.00 | $400.00 | $0.00 | $0.00 |
| CIRCUIT CIVIL SUMMONS ISSUED | $10.00 | $10.00 | $0.00 | $0.00 |
| CIRCUIT CIVIL SUMMONS ISSUED | $10.00 | $10.00 | $0.00 | $0.00 |
| CIRCUIT CIVIL SUMMONS ISSUED | $10.00 | $10.00 | $0.00 | $0.00 |
| CIRCUIT CIVIL SUMMONS ISSUED | $10.00 | $10.00 | $0.00 | $0.00 |
| CIRCUIT CIVIL SUMMONS ISSUED | $10.00 | $10.00 | $0.00 | $0.00 |

Top of Page

Ar Plan

| Ordered Amt | Paid | Dismissed | Balance | Delinquent |
|---|---|---|---|---|

Top of Page