# Exhibit C

**FORM 1.997. CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

---

**I. CASE STYLE**

IN THE CIRCUIT/COUNTY COURT OF THE SECOND JUDICIAL CIRCUIT,
IN AND FOR LEON COUNTY, FLORIDA

Larry Klayman
Plaintiff

Case # 2024 CA 001114
Judge ________________

vs.
Joseph R Biden, Jill Tracy Jacobs Biden, Florida Democratic Party, Kevin O'Connor
Defendant

---

**II. AMOUNT OF CLAIM**

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐ $8,000 or less
☐ $8,001 - $30,000
☐ $30,001- $50,000
☐ $50,001- $75,000
☐ $75,001 - $100,000
☒ over $100,000.00

**III. TYPE OF CASE** (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

**CIRCUIT CIVIL**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
  ☐ Business governance
  ☐ Business torts
  ☐ Environmental/Toxic tort
  ☐ Third party indemnification
  ☐ Construction defect
  ☐ Mass tort
  ☐ Negligent security
  ☐ Nursing home negligence
  ☐ Premises liability—commercial
  ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
  ☐ Commercial foreclosure
  ☐ Homestead residential foreclosure
  ☐ Non-homestead residential foreclosure
  ☐ Other real property actions

☐Professional malpractice
  ☐ Malpractice—business
  ☐ Malpractice—medical
  ☐ Malpractice—other professional
☒ Other
  ☐ Antitrust/Trade regulation
  ☒ Business transactions
  ☐ Constitutional challenge—statute or ordinance
  ☐ Constitutional challenge—proposed amendment
  ☐ Corporate trusts
  ☐ Discrimination—employment or other
  ☐ Insurance claims
  ☐ Intellectual property
  ☐ Libel/Slander
  ☐ Shareholder derivative action
  ☐ Securities litigation
  ☐ Trade secrets
  ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

☐ Replevins
☐ Evictions
  ☐ Residential Evictions
  ☐ Non-residential Evictions
☐ Other civil (non-monetary)

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order. Yes ☐ No ☒

**IV. REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☒ Nonmonetary declaratory or injunctive relief;
☒ Punitive

**V. NUMBER OF CAUSES OF ACTION:** [ ]
(Specify)

4

**VI. IS THIS CASE A CLASS ACTION LAWSUIT?**
☐ yes
☒ no

**VII. HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
☒ no
☐ yes If "yes," list all related cases by name, case number, and court.

**VIII. IS JURY TRIAL DEMANDED IN COMPLAINT?**
☒ yes
☐ no

**IX. DOES THIS CASE INVOLVE ALLEGATIONS OF SEXUAL ABUSE?**
☐ yes
☒ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: s/ Larry E. Klayman Fla. Bar # 246220
Attorney or party (Bar # if attorney)

Larry E. Klayman 07/10/2024
(type or print name) Date

**IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT**
**IN AND FOR LEON COUNTY, FLORIDA**

2024 CA 001114

LARRY KLAYMAN,
7050 W. Palmetto Park Road
Boca Raton, FL 33433

Plaintiff,

v.

PRESIDENT JOSEPH R. BIDEN,
acting individually and as President of the United States
1600 Pennsylvania Ave NW
Washington DC 20500

and

DR. JILL TRACY JACOBS BIDEN,
1600 Pennsylvania Ave NW
Washington DC 20500

and

FLORIDA DEMOCRATIC PARTY,
201 South Monroe Street
Suite 300
Tallahassee, FL 32301

and

DR. KEVIN O'CONNOR
c/o Ross Hall
2300 Eye Street NW
Washington DC 20037

Defendants.

**COMPLAINT**

Plaintiff, Larry Klayman ("Mr. Klayman"), hereby files this action against Defendants President Joseph R. Biden ("Defendant Biden"), Dr. Jill Tracy Jacobs Biden ("Defendant Jill Biden"), the Florida Democratic Party and Dr. Kevin O'Connor ("Defendant O'Connor)

(hereinafter collectively called Defendants) for fraud. In support thereof, Plaintiff alleges as follows:

## JURISDICTION AND VENUE

1. This is an action for damages in excess of $30,000, exclusive of interest, cost and attorneys' fees.

2. This Court has jurisdiction over Defendants, each and every one of them, jointly and severally, as they have engaged in more than sufficient, substantial, and minimum contacts within this county and the state of Florida by committing unlawful acts intended and designed to commit fraud in the third largest state in the United States and one that has historically decided many presidential elections. Defendants, acting jointly and in concert, have purposefully availed themselves of the benefits and protections of Florida law, such that Defendants should reasonably anticipate being hailed into court here, and the exercise of jurisdiction over Defendants comports with due process.

3. Pursuant to Florida Statute § 47.011, venue for this action is properly in Leon, Florida, as: (i) Mr. Klayman is a Florida citizen and has been and remains a registered voter in national elections, such as prior the presidential election in 2020 and now the 2024 presidential election in Florida; (ii) Defendants do continuous and systematic business and have engaged in minimum contacts in this county and Florida; and (iii) a substantial part of the events that give rise to Plaintiff's claims occurred in this county and in the state of Florida.

## PARTIES

4. At all material times, Plaintiff Klayman is an individual and citizen of Florida and registered voter, as well as a former candidate for the U.S. Senate in the state of Florida in 2003 - 2004. Plaintiff is a well-known private lawyer and conservative public interest advocate and

litigator, a columnist, author and syndicated national radio talk show host on Radio America, and a commentator on his weekly show titled "Special Prosecutor with Larry Klayman." Plaintiff conceived of and founded both Judicial Watch, Inc. and Freedom Watch, Inc. He is a former federal prosecutor of the Antitrust Division of the U.S. Department of Justice, where he was on the trial team that broke up the AT&T monopoly. Plaintiff is a registered voter in Florida and thus an elector in the State of Florida.

5. Defendant Joseph Biden was at all material times President of the United States and the Democratic Party's presumed nominee for the 2024 presidential election.

6. Defendant Jill Biden was at all material times First Lady of the United States and Defendant Joe Biden's lawful wife.

7. Defendant Florida Democratic Party is an integral part and organ of the Democratic Party in the state of Florida, headquartered in Tallahassee.

8. Defendant O'Connor is the personal White House physician to Defendant Biden.

## STANDING

9. Plaintiff has standing to bring this action because he has been directly affected and victimized by the unlawful conduct complained herein. His injuries are proximately related to the conduct of Defendants. Plaintiff votes in Florida for presidential elections.

## FACTS

10. In the time leading up to the 2020 presidential election, culminating on November 3, 2020, Defendant O'Connor, acting jointly and in concert with Defendants Biden, Jill Biden, and the Defendant Florida Democratic Party, fraudulently and intentionally hid the severe debilitating mental and physical illnesses and decline of Defendant Biden.

11. Defendant O'Connor, acting jointly and in concert with Defendants Biden, Jill Biden, and the Defendant Florida Democratic Party, fraudulently and intentionally covered up the true mental and physical conditions of Defendant Biden that made him unfit for the presidency and posed a potentially fatal security risk to the nation.

12. Defendants Biden, Jill Biden, the Defendant Florida Democratic Party, and Defendant O'Connor colluded and conspired together to conceal Defendant Biden's debilitating condition and continuing mental and physical decline intentionally and condition, fraudulently and intentionally.

13. This fraudulent and intentional cover up by Defendants, each and every one of them, continues into the 2024 presidential election and has occurred as recently as February 28, 2024, when Defendant O'Connor conducted a physical exam intentionally without a cognitive test and falsely reported that Defendant Biden was fit for office. *See infra*.

14. On or around January 25, 2021, Defendant Biden, acting in concert with Defendants Jill Biden, the Defendant Florida Democratic Party, and Defendant O'Connor, commissioned Defendant O'Connor as his new personal White House physician.[1]

15. Defendant O'Connor has served as Defendant Biden's primary care physician since 2009, when he was appointed physician to then Vice President Biden and was chosen by Defendant Biden not for his qualifications, but instead his loyalty for the new role due to their "long history, and personal relationship," according to a White House official.[2]

16. Defendant O'Connor conducted and released the only physical and medical reports for Defendant Biden during his campaign in December 2019 leading up to the 2020

[1] Nagle, Molly, "Biden to Replace White House Doctor With Long-Time Physician", ABC News, January 25, 2021, https://abcnews.go.com/Politics/biden-replace-white-house-doctor-long-time-physician/story?id=75456901.
[2] *Id*.

presidential election: a three-page summary that merely falsely declared Defendant Biden "a healthy, vigorous, 77-year-old male, who is fit to successfully execute the duties of the presidency."[3]

17. However, at the time of the report, it has now come to light Defendant Biden was under treatment for four different medical conditions, including non-valvular atrial fibrillation (A-Fib) – a type of irregular heart rhythm, hyperlipidemia – higher concentrations of fats or lipids in the blood, gastroesophageal reflux and seasonal allergies.

18. On or around February 16, 2023, Defendant O'Connor performed a physical exam for Defendant Biden. Defendant O'Connor falsely, deceptively and incredulously concluded that Defendant Biden "remains a healthy, vigorous, 80-year-old male, who is fit to successfully execute the [duties] of the Presidency, to include those as Chief Executive, Head of State and Commander in Chief."[4]

19. The physical included skin cancer surveillance, with one small lesion being removed from Defendant Biden's chest and set for biopsy. It also allegedly included an "extremely detailed" and "reassuring" neurological exam that found no "cerebellar or central neurological disorder."[5]

20. However, at the time of the physical exam, Defendant O'Connor did not perform a cognitive exam and intentionally excluded to mention in his report whether Defendant Biden is

---

[3] *Id.*
[4] Slisco, Aila, "Trump's White House Doctor Alleges Biden's Physical Was a 'Cover-Up'", Newsweek, February 17, 2023, https://www.newsweek.com/trumps-white-house-doctor-alleges-bidens-physical-was-cover-1781888.
[5] *Id.*

on any medications to treat his obvious serious and debilitating mental and physical condition and decline.[6]

21. The Guardian recently reported that Defendant O'Connor met with a leading Washington Neurologist at the White House.[7]

22. Dr. Kevin Cannard, a Parkinson's disease expert at Walter Reed Medical Center, met with [Defendant] O'Connor and "[t]he visit took place at the White House residence clinic on 17 January. Cannard has visited the White House **eight times since August 2023**."[8]

23. Defendant Biden, acting jointly and in concert with Defendants Jill Biden, the Defendant Florida Democratic Party and Defendant O'Connor, has consistently rejected taking any cognitive test, including in August 2020 when he dismissed a reporter's question with: "'Why the hell would I take a test?' He has continued to dismiss the need for one and, according to aides, has not received one during his three annual physical exams during his term in the White House."[9]

24. "The Washington Post . . . reported a White House aide saying that [Defendant] O'Connor, who has been [Defendant] Biden's doctor since 2009, has never recommended that [Defendant] Biden take a cognitive test."[10]

25. Instead of verifying that Defendant Biden is fit to run the office of the presidency, "[Defendant] O'Connor has said that his most important job is to offer [Defendant] Biden a

[6] *Id.*
[7] Helmore, Edward, "Biden's Doctor Reportedly Met With Top Neurologist at White House", The Guardian, July 6, 2024, https://www.theguardian.com/us-news/article/2024/jul/06/joe-biden-neurologist-doctor-meeting.
[8] *Id.* (emphasis added).
[9] *Id.*
[10] *Id.*

[gratuitous and medically worthless] affirmative 'Good morning, Mr. President' – to get Biden off the on [sic] right track each day."[11]

26. The neurologist Defendant O'Connor met with at the White House multiple times has served as the "'neurology specialist supporting the White House medical unit' since 2012 and has published academic papers including one last year in the Parkinsonism & Related Disorders journal that focused on the 'early stage' of the brain degenerative disorder."[12]

27. Dr. Ronny Jackson ("Congressman Jackson"), now a Republican congressman in Texas who was the personal White House physician for former presidents Barack Obama and Donald Trump, had previously called for Defendant Biden to undergo a cognitive exam and understandably accused Defendant O'Connor and Biden's family of trying to "cover up" problems with Defendant Biden's mental and physics inabilities.[13]

28. Defendant O'Connor, acting jointly and in concert with Defendants Biden, Jill Biden and the Defendant Florida Democratic Party, has "covered up" Defendant Biden's incapacities and unfitness to carry out the duties of the President of the United States.

29. Congressman Jackson continued, "[Defendant] Kevin O'Connor is like a son to Jill Biden – she loves him . . . they [Defendants Biden and Jill Biden] knew they could trust Kevin [Defendant O'Connor] to say and do anything that needed to be said or done."[14]

30. On or around February 28, 2024, *months* after meeting the neurologist who specializes in brain degenerative disorders, Defendant O'Connor released his report following Defendant Biden's routine physical and falsely said: "[Defendant Biden] continues to be fit for

[11] *Id.*
[12] *Id.*
[13] *Id.*
[14] *Id.*

duty and fully executes all of his responsibilities without any exemptions or accommodations . . ."[15]

31. Defendant Biden received the physical at a military hospital in suburban Maryland.

32. At the time of his report on or around February 28, 2024, Defendant O'Connor, acting jointly and in concert with Defendants Biden, Jill Biden and the Defendant Florida Democratic Party, knew that Defendant Biden did suffer and continues to suffer from a serious cognitive disorder and is unfit to serve as Commander in Chief as evidenced by his meetings with the neurological specialist who wrote papers on early stage brain degenerative disorder back in 2023, *months* before Defendant O'Connor claimed Defendant Biden "continues to be fit for duty and fully executes all of his responsibilities without any exemptions or accommodations . . ." in February of 2024.[16]

33. After the disastrous, totally confused, and incomprehensible presidential debate performance by Defendant Biden against former President Trump on June 27, 2024 where Defendant Biden was appeared incapacitated, James Comer ("Comer"), the Chairman of the House Oversight Committee (the "Committee"), wrote a letter to Defendant O'Connor just days ago, on July 7, 2024, seeking to understand the extent of his involvement in the Biden family's financial activity, particularly his involvement with Defendant Biden's brother, James, with Americore Health, LLC ("Americore).[17]

---

[15] Alvord, Kyler, "Joe Biden's Doctor Releases Results of Annual Physical Exam", People, February 28, 2024, https://people.com/joe-biden-physical-exam-results-2024-doctor-visit-8601513.
[16] *Id.*
[17] Singman, Brooke, "Comer Reveals White House Physician Was Involved in Biden Family Business Deals, Demands He Testify", Fox News, July 7, 2024,

34. Given Defendant Biden's seriously degenerative cognitive state and inability to answer the most basic questions coherently, any reasonable person, whatever his or her politics, at a minimum would recommend a cognitive exam for Defendant Biden.

35. Yet, Comer revealed that Defendant O'Connor, Defendant Biden's personal White House physician, has in fact, *never* recommended that Defendant Biden take a cognitive test.[18]

36. Defendant O'Connor has close ties to James Biden, Defendant Biden's brother.

37. James Biden, Defendant Biden's brother, used funds from Americore to pay Defendant Biden $200,000 as the company was facing financial distress.[19]

38. While serving as a principal at Americore, James Biden received payments for $400,000 and $200,000, characterized by loans, from the company that were wired directly to his bank account.[20]

39. James Biden "procured the $600,000 in loans from Americore . . . based upon representations that his last name, 'Biden', could 'open doors' and that he could obtain a large investment from the Middle East based on his political connections."[21]

40. On March 1, 2018, the same day James Biden received the $200,000 wire transfer from Americore into his bank account, James Biden wrote a check to his brother, Defendant Biden, for $200,000 for a "loan repayment."[22]

---

https://www.foxnews.com/politics/comer-reveals-white-house-physician-involved-biden-family-business-deals-demands-he-testify.

[18] Diamond, Dan and Kranish, Michael, "Is Biden Fit for Duty? The Answer Depends on Little-Known White House Doctor", Washington Post, July 6, 2024, https://www.washingtonpost.com/politics/2024/07/06/kevin-oconnor-biden-doctor-cognitive-tests-debate/.

[19] Press Release, Comer Releases Evidence of Direct Payment to Joe Biden, H. Comm. on Oversight & Accountability (Oct. 20, 2023).

[20] *In re Americore Holdings, LLC, et al., Carol Fox, Chapter 11 Trustee v. James Biden*, No. 19-61608 at ¶ 11-12 (Bankr. E.D. Ky. July 7, 2022).

[21] Transcribed Interview of Carol Fox, H. Comm. on Oversight & Accountability & H. Comm. on the Judiciary at 64 (Dec. 18, 2023).

41. In February of 2024, **an interview with James Biden confirmed that Defendant O'Connor provided counsel in connection with the alleged work he was performing with Americore**.[23]

42. James Biden stated:

> Q. – What services did you render to Americore if you weren't getting a salary?
>
> A. – I met with, for example – my brother wasn't in office at the time. He was a private citizen. And I had gotten through his – as Vice President, his personal physician was [Defendant] Colonel Kevin O'Connor.
>
> And [Defendant] Kevin O'Connor – there was a very – and still there is an outcry for a solution for post-traumatic stress disorder. And one component in terms of filling these hospitals, I thought that if we followed the same protocols that the VA does with post-traumatic stress disorder and alcoholism – that there was a backlog at the VA. So he introduced me to a team.
>
> Atty. "He," Kevin?
>
> A. "He," Kevin O'Connor.
>
> And I remember we had – our first lunch was in Alexandria, Virginia.[24]

43. Public record also confirms that Defendant O'Connor, acting jointly and in concert with Defendants Biden, Jill Biden, and the Defendant Florida Democratic Party, "joined a meeting with Jim Biden and the president of a hospital being acquired by Americore[.][25]

44. According to The Washington Post, three of Defendant O'Connor's "former colleagues in the White House medical unit . . . said [Defendant] Biden's debate performance

---

[22] *See* Press Release, *supra*, Fn. 19.
[23] Transcribed Interview of James Biden, H. Comm. on Oversight & Accountability & H. Comm. on the Judiciary at 38-39 (Feb. 21, 2024) (emphasis added).
[24] *Id.*
[25] Schreckinger, Ben, "Biden's Brother Used His Name to Promote a Hospital Chain. Then It Collapsed", Politico, February 18, 2024, https://www.politico.com/news/2024/02/18/the-biden-name-how-the-presidents-brother-became-embroiled-in-a-hospital-fiasco-00141868.

suggested to them that the president should undergo cognitive screening." Again, Comer revealed that Defendant O'Connor has in fact, never recommended that Defendant Biden take a cognitive test.[26]

45. After the disastrous and revealing debate performance, calls grew stronger from medical professionals that Defendant Biden should undergo a cognitive test but were overridden by Defendant O'Connor's "continued insistence that [Defendant] Biden does not need testing[.]"[27]

46. Due to his cognitive decline, Defendant Biden, acting jointly and in concert with Defendants Jill Biden, the Defendant Florida Democratic Party and Defendant O'Connor, is unwilling and unable to provide any insight. In a recent interview with ABC News, Defendant Biden responded to a question about taking a cognitive test by saying "I have a cognitive test every single day," but pressed further, he said "I've already done it."[28]

47. After inquiries concerning the cognitive health of Defendant Biden, Defendant O'Connor has repeatedly refused interview requests from the media to shield Defendant Biden from public scrutiny and to defraud Plaintiff, other Florida registered voters, and the citizens of the United States into believing that Defendant Biden is fit for office.[29]

---

[26] Diamond, Dan and Kranish, Michael, "Is Biden Fit for Duty? The Answer Depends on Little-Known White House Doctor", Washington Post, July 6, 2024, https://www.washingtonpost.com/politics/2024/07/06/kevin-oconnor-biden-doctor-cognitive-tests-debate/.

[27] *Id.*

[28] *Id.*

[29] *Id.*

48. On July 3, 2024, White House Press Secretary Karine Jean-Pierre confirmed that she spoke with Defendant O'Connor and that Defendant Biden has not been evaluated since February 2024.[30]

49. Yet, on a phone all with Democratic governors the same day, Defendant Biden "told the assembled governors that he was **checked out by a doctor** and that everything was fine."[31]

50. Defendants, acting jointly and in concert, are perpetrating a fraud against Plaintiff, other Florida registered voters, and the American people, by intentionally and fraudulently lying about the serious and debilitating decline and mental and physical capacity of Defendant Biden.

## APPLICABLE LAW

51. Under Section 97.021(14), Florida Statutes (2011), "elector" is defined as "synonymous with the word 'voter' or qualified elector or voter.'"

52. Plaintiff is a registered voter and thus elector in the state of Florida, having met the qualifications of Section 97.041(1)(a), Florida Statutes (2011).

53. The unlawful acts and practices, which include but are not limited to the failure to adhere to Florida election law, fraud, misconduct, and corruption as set forth herein dilute, subvert, nullify and thus disenfranchise Plaintiff's vote in the 2020 presidential election and in the 2024 presidential election and thus harms his rights as a Florida citizen and elector.

54. Pursuant to Florida Statute 102.168.(3), this complaint is grounded on:

---

[30] Briefing Room, Press Briefing by Press Secretary Karine Jean-Pierre, The White House (July 3, 2024).

[31] Alba, Monica and Timm, Jane C., "Biden Says He Saw a Doctor After the Debate and Acknowledges: 'I Screwed Up'", NBC News, July 4, 2024, https://www.nbcnews.com/politics/joe-biden/biden-tells-democrats-saw-doctor-debate-rcna160320 (emphasis added).

> (a) Misconduct, fraud, or corruption on the part of any election official or any member of the canvassing board sufficient to change or place in doubt the result of the election.
>
> ***
>
> (d) Proof that any elector, election official, or canvassing board member was given or offered a bribe or reward in money, property, or any other thing of value for the purpose of procuring the successful candidate's nomination or election or determining the result of any question submitted by referendum.

55. Within the meaning of Florida Statute 102.168, "elector" means any voter.

56. Pursuant to Florida Statute 102.168(1), a complaint can be filed by any elector qualified to vote in the election related to such candidacy, or by any taxpayer, respectively.

57. Under Florida Statute 102.168(1), "the certification of election or nomination of any person to office . . . may be contested in the circuit court . . . by any elector qualified to vote in the election related to such candidacy, or by any taxpayer, respectively."

## CAUSES OF ACTION

### COUNT I
### Fraud
### Against Defendant Joseph Biden

58. Plaintiff repeats and re-alleges each and every allegation in each of the foregoing paragraphs 1-57 as if fully set forth herein.

59. Defendant Biden, acting in concert with his wife, Defendant Jill Biden, the Defendant Florida Democratic Party, and Defendant O'Connor, made repeated fraudulent statements of material fact that he is fit for office as set forth above and herein.

60. Defendant Biden knows of his serious mental and physical condition and decline yet, acting jointly and in concert with Defendants Jill Biden, the Defendant Florida Democratic Party, and Defendant O'Connor, continues to campaign for the 2024 presidential election, despite Democrats and Republicans encouraging him to step down because of his mental incapacity.

61. At the direction of Defendant Biden, acting jointly and in concert with Jill Biden, Defendant O'Connor intentionally never asked for and/or administered a cognitive exam to Defendant Biden.

62. Defendant Biden, acting jointly and in concert with Defendant Jill Biden, the Defendant Florida Democratic Party and Defendant O'Connor, made several omissions of material facts when he fraudulently concealed the true state of his mental and physical abilities as guaranteed to Plaintiff and the American people.

63. Defendant Biden was aware of the false nature of the statements as evidenced only in part by his prior meetings with Dr. Kevin Cannard, the Parkinson's disease expert at Walter Reed Medical Center and the person who has published academic papers including one last year in the Parkinsonism & Related Disorders journal that focused on the 'early stage' of the brain degenerative disorder.

64. Defendant Biden, acting jointly and in concert with Defendants Jill Biden, the Defendant Florida Democratic Party, and Defendant O'Connor, made these false statements and false omissions with the intent to defraud Plaintiff and other Florida voters such that Plaintiff and other Florida voters would rely on them, as the purpose of these false statements and omissions was to create a false impression that Defendant Biden is fit for office and by doing so, diluted and dilutes and disenfranchises Plaintiff's vote on the basis of fraud in the 2020 and 2024 presidential elections..

65. Plaintiff, a registered Florida voter and other Florida registered voters and the American people relied on Defendant Biden's fraudulent statements and false omissions in 2020 up to the present presidential election in 2024.

66. By defrauding Plaintiff, Defendant Biden, acting in concert with Defendants Jill Biden, the Defendant Florida Democratic Party, and Defendant O'Connor, Plaintiff has suffered in his personhood and rights as a registered Florida voter.

67. As a result of the fraudulent and false statements and omissions by Defendant Biden, Plaintiff's vote had been and will be disenfranchised and as a direct and proximate cause, and Plaintiff suffered damages in an amount to be proven at trial.

**COUNT II**
**Fraud**
**Against Defendant Jill Biden**

68. Plaintiff repeats and re-alleges each and every allegation in each of the foregoing paragraphs 1-57 as if fully set forth herein.

69. Defendant Jill Biden, acting in concert with her husband, Defendant Biden, the Defendant Florida Democratic Party, and Defendant O'Connor, made repeated, fraudulent statements of material fact that her husband, Defendant Biden, is fit for office.

70. Defendant Jill Biden knows intimately the state of Defendant Biden's serious and debilitating decline and yet, dishonestly acting jointly and in concert with Defendants Biden, the Defendant Florida Democratic Party, and Defendant O'Connor, continues to campaign for Defendant Biden and assures and fraudulently misrepresents to Plaintiff, other Florida registered voters and the American people that Defendant Biden is fit to be president.

71. At the direction of Defendants Biden and Jill Biden, Defendant O'Connor purposefully and intentionally never administered a cognitive exam to Defendant Biden.

72. Defendant Jill Biden, acting jointly and in concert with Defendant Biden, the Defendant Florida Democratic Party, and Defendant O'Connor, made several omissions of

material fact when she fraudulently concealed the true state of Defendant Biden's mental and physical abilities as guaranteed to Plaintiff, Floridians and the American people.

73. Defendant Jill Biden was aware of the false nature of the statements as she intimately co-habits with her husband and also evidenced by her knowledge that Defendant Biden and Defendant O'Connor had at least *eight* meetings with Dr. Kevin Cannard, the Parkinson's disease expert at Walter Reed Medical Center and the person who has published academic papers including one last year in the Parkinsonism & Related Disorders journal that focused on the 'early stage' of the brain degenerative disorder.

74. Defendant Jill Biden, acting jointly and in concert with Defendants Biden, the Defendant Florida Democratic Party, and Defendant O'Connor, made these false statements and false omissions with the intent to defraud Plaintiff, such that Plaintiff would rely on them, as the purpose of these false statements and omissions was to create a false impression that Defendant Biden is fit for office and by doing so, has diluted and will dilute and disenfranchise Plaintiff's vote and other Florida voters on the basis of fraud in 2020 and now 2024.

75. Plaintiff and the American people relied on Defendant Jill Biden's fraudulent statements and omissions.

76. By defrauding Plaintiff, Defendant Jill Biden, acting jointly and in concert with Defendants Biden, the Defendant Florida Democratic Party, and Defendant O'Connor, Plaintiff has suffered in his personhood and rights as a registered Florida voter.

77. As a result of the fraudulent and false statements and omissions by Defendant Jill Biden, Plaintiff's vote has been and will be disenfranchised as a direct and proximate cause, Plaintiff suffered damages in an amount to be proven at trial.

## COUNT III
**Fraud**

**Against Defendant the Florida Democratic Party**

78. Plaintiff repeats and re-alleges each and every allegation in each of the foregoing paragraphs 1-57 as if fully set forth herein.

79. Defendant Florida Democratic Party, acting jointly and in concert with Defendants Biden, Jill Biden, and O'Connor, made repeated, fraudulent statements of material fact when it perpetuated the false notion to Plaintiff and other Florida voters that Defendant Biden is fit for office and that they should vote for him.

80. Defendant Florida Democratic Party knew or had reason to know that Defendant Biden had not been given a cognitive exam.

81. Defendant Florida Democratic Party, acting jointly and in concert with Defendants Biden, Jill Biden, and O'Connor, made several omissions of material facts when it fraudulently concealed the true state of Defendant Biden's debilitating mental and physical infirmities to its voters, as guaranteed to Plaintiff and the American people.

82. Defendant Florida Democratic Party was thus aware of the false nature of the statements as evidenced by Defendant Biden's obvious mental and physical decline during television interviews, radio interviews, public events, campaigning, and public speaking, among a myriad of other indicia

83. Defendant Florida Democratic Party, acting jointly and in concert with Defendants Biden, Jill Biden, and Defendant O'Connor, made these false statements and false omissions with the intent to defraud Plaintiff and other Florida registered voters, and that Plaintiff would rely on them, as the purpose of these false statements and omissions was to create a false impression that Defendant Biden is fit for office and by doing so, has diluted and will

dilute and disenfranchise Plaintiff's vote and other Florida votes on the basis of fraud in 2020 and 2024.

84. Plaintiff, other Florida voters and the American people relied on the Defendant Florida Democratic Party's fraudulent statements and false omissions.

85. By defrauding Plaintiff, Defendant Florida Democratic Party, acting jointly and in concert with Defendants Biden, Jill Biden and the Defendant Florida Democratic Party, Plaintiff has suffered in his personhood and rights as a registered Florida voter.

86. As a result of the fraudulent and false statements and omissions by the Defendant Florida Democratic Party, Plaintiff's vote has been in 2020 and will again in 2024 be disenfranchised and as a direct and proximate cause, Plaintiff suffered damages in an amount to be proven at trial.

**<u>COUNT IV</u>**
**Fraud**
**Against Defendant Kevin O'Connor**

87. Plaintiff repeats and re-alleges each and every allegation in each of the foregoing paragraphs 1-57 as if fully set forth herein.

88. Defendant O'Connor, acting jointly and in concert with Defendants Biden, Jill Biden, and the Defendant Florida Democratic Party, made repeated, fraudulent statements of material fact when he falsified reports that Defendant Biden is fit to be president.

89. Indeed, Defendant O'Connor purposefully and intentionally never gave Defendant Biden a cognitive exam.

90. Defendant O'Connor, acting jointly and in concert with Defendant Biden, Jill Biden, and the Defendant Florida Democratic Party, made several omissions of material fact when he fraudulently concealed the true state of Defendant Biden's serious debilitating mental

and physical decline in abilities as guaranteed to Plaintiff, other Florida registered voters and the American people.

91. Defendant O'Connor was aware of the false nature of the statements as evidenced by his prior meetings with Dr. Kevin Cannard, the Parkinson's disease expert at Walter Reed Medical Center and the person who has published academic papers including one last year in the Parkinsonism & Related Disorders journal that focused on the 'early stage' of the brain degenerative disorder.

92. Defendant O'Connor, acting jointly and in concert with Defendants Biden, Jill Biden, and the Defendant Florida Democratic Party, made these false statements and false omissions with the intent to defraud Plaintiff and other Florida voters and that Plaintiff and other Florida voters would rely on them, as the purpose of these false statements and omissions was to create a false impression that Defendant Biden is fit for office and by doing so, diluted and will dilute and disenfranchise Plaintiff's vote on the basis of fraud in 2020 and 2024.

93. Plaintiff, other Florida voters and the American people relied on Defendant O'Connor's fraudulent statements and false omissions.

94. By defrauding Plaintiff, Defendant O'Connor, acting jointly and in concert with Defendants Biden, Jill Biden and the Defendant Florida Democratic Party, Plaintiff has suffered in his personhood and rights as a registered Florida voter.

95. As a result of the fraudulent and false statements and omissions by Defendant O'Connor, Plaintiff's vote had been in 2020 and now in 2024 will be disenfranchised and as a direct and proximate cause, Plaintiff suffered damages in an amount to be proven at trial.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendants, acting jointly and severally, as follows:

a. Compensatory and actual damages to be determined at trial;

b. Awarding Plaintiff's attorneys' fees and costs;

c. Granting any such further relief as the Court deems appropriate including preliminary and permanent injunctive relief in the form of Defendant Biden's name being removed by the Florida Secretary of State as a candidate in the 2024 Presidential election as well as preliminary and permanent injunction enjoining Defendant Biden from running for president in 2024 and leave to later amend once more facts are uncovered during discovery.

d. Plaintiff will move for punitive damages pursuant to Florida Statute 768.02 at the appropriate time.

Dated: July 10, 2024

Respectfully submitted,

/s/ Larry Klayman
Larry Klayman, Esq.
Chairman and General Counsel
Freedom Watch, Inc.
7050 West Palmetto Park Rd.
Boca Raton, FL 33433
Tel: (310) 595-0800
Email: leklayman@gmail.com

*Plaintiff Pro Se*

# LEON COUNTY Receipt of Transaction

**Receipt # 1792499**

GWEN MARSHALL
Clerk of Court and Comptroller
LEON COUNTY, FLORIDA

**Received From:**
Larry E. Klayman

,

**On Behalf Of:**

,

On: 7/16/2024 8:46:55AM
Transaction # 101085496
Cashiered by: R EDWARDS

**CaseNumber 2024 CA 001114**

**Judge JOHN C COOPER**

**LARRY KLAYMAN *VS* JOSEPH R BIDEN**

Comments:

| Fee Description | | Fee | Prior Paid | Waived | Due | Paid | Balance |
|---|---|---|---|---|---|---|---|
| (COMP_CA) COMPLAINT | | 400.00 | 0.00 | 0.00 | 400.00 | 400.00 | 0.00 |
| | **Total:** | **400.00** | **0.00** | **0.00** | **400.00** | **400.00** | **0.00** |
| | **Grand Total:** | **400.00** | **0.00** | **0.00** | **400.00** | **400.00** | **0.00** |

**PAYMENTS**

| Payment Type | Reference | | Amount | Refund | Overage | Change | Net Amount |
|---|---|---|---|---|---|---|---|
| CREDIT CARD EFILE | 202279769 | OK | 400.00 | 0.00 | 0.00 | 0.00 | 400.00 |
| | | **Payments Total:** | **400.00** | **0.00** | **0.00** | **0.00** | **400.00** |

IN THE SECOND JUDICIAL CIRCUIT IN AND FOR LEON COUNTY, FLORIDA

**LARRY KLAYMAN**

Plaintiff

vs CASE NO.: 2024 CA 001114

**PRESIDENT JOSPEH R BIDEN ACTING INDIVIDUALLY AND AS PRESIDENT OF THE UNITED STATES**

Defendant
____________________________________________/

**UNIFORM ORDER FOR ACTIVE, DIFFERENTIAL CIVIL CASE MANAGEMENT**

In compliance with Florida Supreme Court directives on active, differential civil case management established in Supreme Court Administrative Order AOSC20-23, Amendment 12, and Second Judicial Circuit Administrative Order 21 - 04, all parties in the above-styled cause are bound by this Case Management Order.

**Plaintiff shall serve this order on all parties with service of the original complaint. Strict enforcement is required unless good cause is shown for an exception or as otherwise required by law.**

## I. PROJECTED TRIAL DATE

All COUNTY COURT Civil cases are designated STREAMLINED CASES with a projected trial date of 360 days from the date of filing of the complaint.

All CIRCUIT COURT Civil cases for which the complaint does not demand trial by jury are designated STREAMLINED CASES with a projected trial date of 360 days from the date of filing of the complaint.

All CIRCUIT COURT Civil cases for which the complaint demands trial by jury are GENERAL CASES with a projected trial date of 540 days from the date of filing of the complaint.

A change in the above designations may be made by the presiding judge on the judge's own initiative or upon motion of any party. Should any party assert that a civil case should be treated other than designated above, such party shall file a written

motion requesting such change and the motion shall be expeditiously resolved by the presiding Judge.

**II. Notice that Cause is at Issue and Firm Trial Date**

The parties must file a Joint Notice that the Cause is at Issue no later than 15 days after the pleadings are closed. In the event of a dispute, either party may file a motion and request a hearing to determine if the cause is at issue.

Upon joint notice or judicial determination that the cause is at issue, the Court will schedule a Firm Trial Date consistent with the Projected Trial Date above unless either party requests a different date in their Notice that the Cause is at Issue. Should either party request a Firm Trial Date different than the Projected Trial Date, the Plaintiff shall expeditiously set a case management conference to determine the Firm Trial Date.

**III. Mandatory Deadlines for Streamlined Cases**

If this case is designated as a STREAMLINED CASE, the following deadlines shall apply and, by directive of the Florida Supreme Court, must be strictly enforced unless good cause is shown for an exception or as otherwise required by law:

120 days after filing: Service of Complaints
150 days after filing: Service under any Extension of Time
180 days after filing: Adding New Parties
210 days after filing: Resolution of Objections to Pleadings and Motions to Dismiss
270 days after filing: Completion of Fact and Expert Discovery
270 days after filing: Resolution of Pretrial Motions, including Motions for Summary Judgment

**IV. Mandatory Deadlines for General Cases**

If this case is designated as a GENERAL CASE, the following deadlines shall apply and, by directive of the Florida Supreme Court, must be strictly enforced unless good cause is shown for an exception or as otherwise required by law:

120 days after filing: Service of Complaints
180 days after filing: Service under any Extension of Time
210 days after filing: Adding New Parties
270 days after filing: Resolution of Objections to Pleadings and Motions to Dismiss
400 days after filing: Completion of Fact and Expert Discovery
450 days after filing: Resolution of Pretrial Motions, including Motions for

Summary Judgment

**V. Mediation**

All parties must mediate unless excused by court order for good cause shown or as otherwise required by law and in compliance with Rules of Civil Procedure 1.700 - 1.730.

**VI. Noncompliance**

**By Order of the Florida Supreme Court, strict, good faith compliance with this Uniform Order for Active, Differential Civil Case Management is required unless good cause is shown for an exception or as otherwise required by law. These procedures and time standards do not supplant any existing rule, statute, or law.**

**Failure to appear at the pretrial conference or failure to comply with the terms of this order may result in such sanctions as are just and lawful including: an immediate ex parte hearing and entry of final judgment of default or dismissal, limitation of witnesses or other evidence, striking of claims or defenses, or imposition of attorney fees or costs.**

**VII. Hearings by Audio-Video Technology**

During the COVID-19 Public Health Emergency, all hearings other than jury selection and trial shall be conducted consistent with Florida Supreme Court andSecond Circuit Administrative Order by audio-video technology. Each judge isresponsible to establish the process for such audio-video technology hearings bynotice of hearing including technology access.After the conclusion of the COVID-19 Public Health Emergency all hearings otherthan jury selection and trial may be conducted by audio-video technology. Eachjudge is responsible to establish the process for such audio-video technologyhearings by notice of hearing including technology access.

Tuesday, July 16, 2024
JOHN C COOPER CIRCUIT JUDGE

JOHN C COOPER
Circuit Judge

## SUPPLEMENT TO CIVIL CASE MANAGEMENT ORDER

If, at the time the Uniform Order For Active Differential Civil Case Management ("Order") is filed, service on the Defendant(s) has already been made or process provided to a process server, the Plaintiff may comply with the second (in bold) paragraph of the Order by promptly providing a copy of the Order to the Defendant(s) by U.S. Mail or by Electronic Mail. The Plaintiff shall then file a certificate of service documenting that this Order has been provided to the Defendant(s) in this manner.

IN THE Circuit COURT OF THE SECOND JUDICIAL CIRCUIT
IN AND FOR LEON COUNTY, STATE OF FLORIDA

Larry Klayman,
Plaintiff/Petitioner,

Case No.: 2024 CA 001114

vs.

President Joseph R. Biden et al,
Defendant/Respondent.

**SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL**
**ORDEN DE COMPARECENCIA: SERVICIO PERSONAL EN UN INDIVIDUO**
**CITATION: L'ASSIGNATION PERSONAL SUR UN INDIVIDUEL**

TO/PARA/A: *{enter other party's full legal name}* Dr. Jill Tracy Jacobs Biden
*{address(including city and state)/location for service}*
1600 Pennsylvania Ave NW, Washington DC 20500

**IMPORTANT**

A lawsuit has been filed against you. You have **20 calendar days**[1] after this summons is served on you to file a written response to the attached complaint/petition with the clerk of this circuit court, located at, 301 South Monroe Street, Tallahassee, FL 32301. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be **filed** if you want the Court to hear your side of the case.

**If you do not file your written response on time, you may lose the case, and your wages, money, and property may be taken thereafter without further warning from the Court.** There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court, you must also mail or take a copy of your written response to the party serving this summons at: *{Name and address of party serving summons}* Larry Klayman
7050 W. Palmetto Park Rd, Boca Raton, FL, 33433

[1] Rule 1.140(a), Florida Rules of Civil Procedure, provides: (2) (A) Except when sued pursuant to FS 768.28, the state of Florida, an agency of the state, or an officer or employee of the state sued in an official capacity shall serve an answer to the complaint or crossclaim, or a reply to a counterclaim, within **40 days** after service; (B) When sued pursuant to FS 768.28, the Department of Financial Services or the defendant state agency shall have **30 days** from the date of service within which to serve an answer to the complaint or crossclaim or a reply to a counterclaim.

**Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit Court's office. You may review these documents, upon request. You must keep the Clerk of the Circuit Court's office notified of your current address. Future papers in this lawsuit will be mailed to the address on record at the clerk's office.**

**IMPORTANTE**

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Localizado en: 301 South Monroe Street, Tallahassee, FL 32301. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, usted puede consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presente su respuesta ante el tribunal, usted debe enviar por correo o entregar una copia de su respuesta a la persona denominada abajo.

Si usted elige presentar personalmente una respuesta por escrito, en el mismo momento que usted presente su respuesta por escrito al Tribunal, usted debe enviar por correo o llevar una copia de su respuesta por escrito a la parte entregando esta orden de comparencencia a: Nombre y direccion de la parte que entrega la orden de comparencencia: ____________________________
______________________________________________________________________________

**Copias de todos los documentos judiciales de este caso, incluyendo las ordenes, estan disponibles en la oficina del Secretario de Juzgado del Circuito [Clerk of the Circuit Court's office]. Estos documentos pueden ser revisados a su solicitud. Usted debe de manener informada a la oficina del Secretario de Juzgado del Circuito de su direccion actual. Los papelos que se presenten en el futuro en esta demanda judicial seran env ados por correo a la direccion que este registrada en la oficina del Secretario.**

**IMPORTANT**

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Qui se trouve a: *{L'Adresse}* 301 South Monroe Street, Tallahassee, FL 32301. Un simple coup de telephone est insuffisant pour vous proteger; vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause.

Si vous ne deposez pas votre reponse ecrite dans le delai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les

services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite a la partie qui vous depose cette citation. Nom et adresse de la partie qui depose cette citation: ______________________________________________
________________________________________________________________________

**Les photocopies de tous les documents tribunals de cette cause, y compris des arrets, sont disponible au bureau du greffier. Vous pouvez revue ces documents, sur demande. Il faut aviser le greffier de votre adresse actuelle. Les documents de l'avenir de ce proces seront envoyer a l' adresse que vous donnez au bureau du greffier.**

THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE:

You are commanded to serve this summons and a copy of the complaint in this lawsuit on the above-named person.

DATED: 7/22/2024

GWEN MARSHALL
CLERK OF THE CIRCUIT COURT

By: ______________________
Deputy Clerk

IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT
IN AND FOR LEON COUNTY, STATE OF FLORIDA

Larry Klayman,
Plaintiff/Petitioner,

Case No.: 2024 CA 001114

vs.

President Joseph R. Biden et al,
Defendant/Respondent.

**SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL**
**ORDEN DE COMPARECENCIA: SERVICIO PERSONAL EN UN INDIVIDUO**
**CITATION: L'ASSIGNATION PERSONAL SUR UN INDIVIDUEL**

TO/PARA/A: *{enter other party's full legal name}* Joseph R. Biden
*{address(including city and state)/location for service}*
1600 Pennsylvania Ave NW, Washington, DC, 20500

**IMPORTANT**

A lawsuit has been filed against you. You have **20 calendar days**[1] after this summons is served on you to file a written response to the attached complaint/petition with the clerk of this circuit court, located at, 301 South Monroe Street, Tallahassee, FL 32301. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be **filed** if you want the Court to hear your side of the case.

**If you do not file your written response on time, you may lose the case, and your wages, money, and property may be taken thereafter without further warning from the Court.** There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court, you must also mail or take a copy of your written response to the party serving this summons at: *{Name and address of party serving summons}* Larry Klayman
7050 W. Palmetto Park Rd, Boca Raton, FL, 33433

[1] Rule 1.140(a), Florida Rules of Civil Procedure, provides: (2) (A) Except when sued pursuant to FS 768.28, the state of Florida, an agency of the state, or an officer or employee of the state sued in an official capacity shall serve an answer to the complaint or crossclaim, or a reply to a counterclaim, within **40 days** after service; (B) When sued pursuant to FS 768.28, the Department of Financial Services or the defendant state agency shall have **30 days** from the date of service within which to serve an answer to the complaint or crossclaim or a reply to a counterclaim.

**Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit Court's office. You may review these documents, upon request. You must keep the Clerk of the Circuit Court's office notified of your current address. Future papers in this lawsuit will be mailed to the address on record at the clerk's office.**

**IMPORTANTE**

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Localizado en: 301 South Monroe Street, Tallahassee, FL 32301. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, usted puede consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presente su respuesta ante el tribunal, usted debe enviar por correo o entregar una copia de su respuesta a la persona denominada abajo.

Si usted elige presentar personalmente una respuesta por escrito, en el mismo momento que usted presente su respuesta por escrito al Tribunal, usted debe enviar por correo o llevar una copia de su respuesta por escrito a la parte entregando esta orden de comparencencia a: Nombre y direccion de la parte que entrega la orden de comparencencia: ___________________________
________________________________________________________________________

**Copias de todos los documentos judiciales de este caso, incluyendo las ordenes, estan disponibles en la oficina del Secretario de Juzgado del Circuito [Clerk of the Circuit Court's office]. Estos documentos pueden ser revisados a su solicitud. Usted debe de manener informada a la oficina del Secretario de Juzgado del Circuito de su direccion actual. Los papelos que se presenten en el futuro en esta demanda judicial seran env ados por correo a la direccion que este registrada en la oficina del Secretario.**

**IMPORTANT**

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Qui se trouve a: *{L'Adresse}* 301 South Monroe Street, Tallahassee, FL 32301. Un simple coup de telephone est insuffisant pour vous proteger; vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause.

Si vous ne deposez pas votre reponse ecrite dans le delai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les

services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite a la partie qui vous depose cette citation. Nom et adresse de la partie qui depose cette citation: ________________________________________________
____________________________________________________________________________

**Les photocopies de tous les documents tribunals de cette cause, y compris des arrets, sont disponible au bureau du greffier. Vous pouvez revue ces documents, sur demande. Il faut aviser le greffier de votre adresse actuelle. Les documents de l'avenir de ce proces seront envoyer a l' adresse que vous donnez au bureau du greffier.**

THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE:

You are commanded to serve this summons and a copy of the complaint in this lawsuit on the above-named person.

DATED: 7/22/2024

GWEN MARSHALL
CLERK OF THE CIRCUIT COURT

SEAL — CLERK OF THE CIRCUIT COURT & COMPTROLLER, LEON COUNTY, GWEN MARSHALL

By: ____________________
Deputy Clerk

IN THE Circuit COURT OF THE SECOND JUDICIAL CIRCUIT
IN AND FOR LEON COUNTY, STATE OF FLORIDA

Larry Klayman, Case No.: 2024 CA 001114
Plaintiff/Petitioner,

vs.

President Joseph R. Biden et al,
Defendant/Respondent.

**SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL**
**ORDEN DE COMPARECENCIA: SERVICIO PERSONAL EN UN INDIVIDUO**
**CITATION: L'ASSIGNATION PERSONAL SUR UN INDIVIDUEL**

TO/PARA/A: *{enter other party's full legal name}* Florida Democratic Party
*{address(including city and state)/location for service}*
201 South Monroe St, #300, Tallahassee, FL, 32301

**IMPORTANT**

A lawsuit has been filed against you. You have **20 calendar days**[1] after this summons is served on you to file a written response to the attached complaint/petition with the clerk of this circuit court, located at, 301 South Monroe Street, Tallahassee, FL 32301. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be **filed** if you want the Court to hear your side of the case.

**If you do not file your written response on time, you may lose the case, and your wages, money, and property may be taken thereafter without further warning from the Court.** There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court, you must also mail or take a copy of your written response to the party serving this summons at: *{Name and address of party serving summons}* Larry Klayman
7050 W. Palmetto Park Rd, Boca Raton, FL, 33433

[1] Rule 1.140(a), Florida Rules of Civil Procedure, provides: (2) (A) Except when sued pursuant to FS 768.28, the state of Florida, an agency of the state, or an officer or employee of the state sued in an official capacity shall serve an answer to the complaint or crossclaim, or a reply to a counterclaim, within **40 days** after service; (B) When sued pursuant to FS 768.28, the Department of Financial Services or the defendant state agency shall have **30 days** from the date of service within which to serve an answer to the complaint or crossclaim or a reply to a counterclaim.

**Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit Court's office. You may review these documents, upon request. You must keep the Clerk of the Circuit Court's office notified of your current address. Future papers in this lawsuit will be mailed to the address on record at the clerk's office.**

**IMPORTANTE**

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Localizado en: 301 South Monroe Street, Tallahassee, FL 32301. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, usted puede consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presente su respuesta ante el tribunal, usted debe enviar por correo o entregar una copia de su respuesta a la persona denominada abajo.

Si usted elige presentar personalmente una respuesta por escrito, en el mismo momento que usted presente su respuesta por escrito al Tribunal, usted debe enviar por correo o llevar una copia de su respuesta por escrito a la parte entregando esta orden de comparencencia a: Nombre y direccion de la parte que entrega la orden de comparencencia: ___________________________
________________________________________________________________________

**Copias de todos los documentos judiciales de este caso, incluyendo las ordenes, estan disponibles en la oficina del Secretario de Juzgado del Circuito [Clerk of the Circuit Court's office]. Estos documentos pueden ser revisados a su solicitud. Usted debe de manener informada a la oficina del Secretario de Juzgado del Circuito de su direccion actual. Los papelos que se presenten en el futuro en esta demanda judicial seran env ados por correo a la direccion que este registrada en la oficina del Secretario.**

**IMPORTANT**

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Qui se trouve a: *{L'Adresse}* 301 South Monroe Street, Tallahassee, FL 32301. Un simple coup de telephone est insuffisant pour vous proteger; vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause.

Si vous ne deposez pas votre reponse ecrite dans le delai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les

services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite a la partie qui vous depose cette citation. Nom et adresse de la partie qui depose cette citation: ______________________________________________
______________________________________________________________________

**Les photocopies de tous les documents tribunals de cette cause, y compris des arrets, sont disponible au bureau du greffier. Vous pouvez revue ces documents, sur demande. Il faut aviser le greffier de votre adresse actuelle. Les documents de l'avenir de ce proces seront envoyer a l' adresse que vous donnez au bureau du greffier.**

THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE:

You are commanded to serve this summons and a copy of the complaint in this lawsuit on the above-named person.

DATED: 7/22/2024

GWEN MARSHALL
CLERK OF THE CIRCUIT COURT

By: ____________________
Deputy Clerk

Filing # 202870761 E-Filed 07/18/2024 07:52:14 PM

IN THE Circuit COURT OF THE SECOND JUDICIAL CIRCUIT
IN AND FOR LEON COUNTY, STATE OF FLORIDA

Larry Klayman,
Plaintiff/Petitioner,

Case No.: 2024 CA 001114

vs.

President Joseph R. Biden et al,
Defendant/Respondent.

**SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL**
**ORDEN DE COMPARECENCIA: SERVICIO PERSONAL EN UN INDIVIDUO**
**CITATION: L'ASSIGNATION PERSONAL SUR UN INDIVIDUEL**

TO/PARA/A: *{enter other party's full legal name}* Dr. Kevin O'Connor
*{address(including city and state)/location for service}*
2300 Eye Street NW, Washington DC 20037

**IMPORTANT**

A lawsuit has been filed against you. You have **20 calendar days**[1] after this summons is served on you to file a written response to the attached complaint/petition with the clerk of this circuit court, located at, 301 South Monroe Street, Tallahassee, FL 32301. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be **filed** if you want the Court to hear your side of the case.

**If you do not file your written response on time, you may lose the case, and your wages, money, and property may be taken thereafter without further warning from the Court.** There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court, you must also mail or take a copy of your written response to the party serving this summons at: *{Name and address of party serving summons}* Larry Klayman
7050 W. Palmetto Park Rd, Boca Raton, FL, 33433

[1] Rule 1.140(a), Florida Rules of Civil Procedure, provides: (2) (A) Except when sued pursuant to FS 768.28, the state of Florida, an agency of the state, or an officer or employee of the state sued in an official capacity shall serve an answer to the complaint or crossclaim, or a reply to a counterclaim, within **40 days** after service; (B) When sued pursuant to FS 768.28, the Department of Financial Services or the defendant state agency shall have **30 days** from the date of service within which to serve an answer to the complaint or crossclaim or a reply to a counterclaim.

**Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit Court's office. You may review these documents, upon request. You must keep the Clerk of the Circuit Court's office notified of your current address. Future papers in this lawsuit will be mailed to the address on record at the clerk's office.**

**IMPORTANTE**

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Localizado en: 301 South Monroe Street, Tallahassee, FL 32301. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, usted puede consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presente su respuesta ante el tribunal, usted debe enviar por correo o entregar una copia de su respuesta a la persona denominada abajo.

Si usted elige presentar personalmente una respuesta por escrito, en el mismo momento que usted presente su respuesta por escrito al Tribunal, usted debe enviar por correo o llevar una copia de su respuesta por escrito a la parte entregando esta orden de comparencencia a: Nombre y direccion de la parte que entrega la orden de comparencencia: ___________________________

_______________________________________________________________________________

**Copias de todos los documentos judiciales de este caso, incluyendo las ordenes, estan disponibles en la oficina del Secretario de Juzgado del Circuito [Clerk of the Circuit Court's office]. Estos documentos pueden ser revisados a su solicitud. Usted debe de manener informada a la oficina del Secretario de Juzgado del Circuito de su direccion actual. Los papelos que se presenten en el futuro en esta demanda judicial seran env ados por correo a la direccion que este registrada en la oficina del Secretario.**

**IMPORTANT**

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Qui se trouve a: *{L'Adresse}* 301 South Monroe Street, Tallahassee, FL 32301. Un simple coup de telephone est insuffisant pour vous proteger; vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause.

Si vous ne deposez pas votre reponse ecrite dans le delai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les

services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite a la partie qui vous depose cette citation. Nom et adresse de la partie qui depose cette citation: ______________________________________________________
______________________________________________________________________________

**Les photocopies de tous les documents tribunals de cette cause, y compris des arrets, sont disponible au bureau du greffier. Vous pouvez revue ces documents, sur demande. Il faut aviser le greffier de votre adresse actuelle. Les documents de l'avenir de ce proces seront envoyer a l' adresse que vous donnez au bureau du greffier.**

THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE:

You are commanded to serve this summons and a copy of the complaint in this lawsuit on the above-named person.

DATED: 7/22/2024

GWEN MARSHALL
CLERK OF THE CIRCUIT COURT

By: ______________________
Deputy Clerk

# LEON COUNTY Receipt of Transaction

## Receipt # 1793721

GWEN MARSHALL
Clerk of Court and Comptroller
LEON COUNTY, FLORIDA

**Received From:**
Larry E. Klayman

,

**On Behalf Of:**

,

On: 7/22/2024 10:16:45AM
Transaction # 101086968
Cashiered by: H ARROYO

**CaseNumber 2024 CA 001114**

**Judge JOHN C COOPER**

**LARRY KLAYMAN *VS* PRESIDENT JOSPEH R BIDEN ACTING INDIVIDUALLY AND AS PRESIDENT OF THE UNITED STATES**

Comments:

| Fee Description | Fee | Prior Paid | Waived | Due | Paid | Balance |
|---|---|---|---|---|---|---|
| (COMP_CA) COMPLAINT | 400.00 | 400.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| (CASUIS) CIRCUIT CIVIL SUMMONS ISSUED | 10.00 | 0.00 | 0.00 | 10.00 | 10.00 | 0.00 |
| (CASUIS) CIRCUIT CIVIL SUMMONS ISSUED | 10.00 | 0.00 | 0.00 | 10.00 | 10.00 | 0.00 |
| (CASUIS) CIRCUIT CIVIL SUMMONS ISSUED | 10.00 | 0.00 | 0.00 | 10.00 | 10.00 | 0.00 |
| (CASUIS) CIRCUIT CIVIL SUMMONS ISSUED | 10.00 | 0.00 | 0.00 | 10.00 | 10.00 | 0.00 |
| **Total:** | **440.00** | **400.00** | **0.00** | **40.00** | **40.00** | **0.00** |
| **Grand Total:** | **440.00** | **400.00** | **0.00** | **40.00** | **40.00** | **0.00** |

**PAYMENTS**

| Payment Type | Reference | | Amount | Refund | Overage | Change | Net Amount |
|---|---|---|---|---|---|---|---|
| CREDIT CARD EFILE | 202870761 | OK | 40.00 | 0.00 | 0.00 | 0.00 | 40.00 |
| | | **Payments Total:** | **40.00** | **0.00** | **0.00** | **0.00** | **40.00** |

Case 4:25-cv-00023-AW-MAF Document 1-3 Filed 01/15/25 Page 43 of 71

**IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT**
**IN AND FOR LEON COUNTY, FLORIDA**

LARRY KLAYMAN,
7050 W. Palmetto Park Road
Boca Raton, FL 33433

Plaintiff,

v.

KAMALA D. HARRIS, acting individually and as Vice President of the United States
1600 Pennsylvania Ave NW
Washington, DC 20500

and

JOSEPH R. BIDEN,
acting individually and as President of the United States
1600 Pennsylvania Ave NW
Washington DC 20500

and

DR. JILL TRACY JACOBS BIDEN,
1600 Pennsylvania Ave NW
Washington DC 20500

and

FLORIDA DEMOCRATIC PARTY,
201 South Monroe Street
Suite 300
Tallahassee, FL 32301

and

DR. KEVIN O'CONNOR
c/o Ross Hall
2300 Eye Street NW
Washington DC 20037

Defendants.

**Case No: 2024-CA-001114**

**AMENDED COMPLAINT**

## AMENDED COMPLAINT

Plaintiff, Larry Klayman ("Mr. Klayman"), hereby files this action against Defendants Vice President Kamala D. Harris ("Defendant Harris"), President Joseph R. Biden ("Defendant Biden"), Dr. Jill Tracy Jacobs Biden ("Defendant Jill Biden"), the Florida Democratic Party and Dr. Kevin O'Connor ("Defendant O'Connor) (hereinafter collectively called "Defendants") for fraud. In support thereof, Plaintiff alleges as follows:

## JURISDICTION AND VENUE

1. This is an action for damages in excess of $30,000, exclusive of interest, cost and attorneys' fees.

2. This Court has jurisdiction over Defendants, each and every one of them, jointly and severally, as they have engaged in more than sufficient, substantial, and minimum contacts within this county and the state of Florida by committing unlawful acts intended and designed to commit fraud in the third largest state in the United States and one that has historically decided many presidential elections. Defendants, acting jointly and in concert, have purposefully availed themselves of the benefits and protections of Florida law, such that Defendants should reasonably anticipate being hailed into court here, and the exercise of jurisdiction over Defendants comports with due process.

3. Pursuant to Florida Statute § 47.011, venue for this action is properly in Leon, Florida, as: (i) Mr. Klayman is a Florida citizen and has been and remains a registered voter in national elections, such as the prior presidential election in 2020 and now the 2024 presidential election in Florida; (ii) Defendants do continuous and systematic business and have engaged in minimum contacts in this county and Florida; and (iii) a substantial part of the events that give rise to Plaintiff's claims occurred in this county and in the state of Florida.

**PARTIES**

4. At all material times, Plaintiff Klayman is an individual and citizen of Florida and registered voter, as well as a former candidate for the U.S. Senate in the state of Florida in 2003 - 2004. Plaintiff is a well-known private lawyer and conservative public interest advocate and litigator, a columnist, author and syndicated national radio talk show host on Radio America, and a commentator on his weekly show titled "Special Prosecutor with Larry Klayman." Plaintiff conceived of and founded both Judicial Watch, Inc. and Freedom Watch, Inc. He is a former federal prosecutor of the Antitrust Division of the U.S. Department of Justice, where he was on the trial team that broke up the AT&T monopoly. Plaintiff is a registered voter in Florida and thus an elector in the State of Florida.

5. Defendant Kamala Harris was at all material times an individual and a candidate for Vice President of the United States and the Democratic Party's nominee for Vice President and subsequently elected in 2020 and to presumed Democrat nominee for President for the 2024 presidential election.

6. Defendant Joseph Biden was at all material times and individual who ran for presidency in 2020 and won along with Vice President Kamala Harris as president and vice president of the United States.

7. Defendant Jill Biden was at all material times an individual and wife and then after the alleged fraud was committed and which succeeded First Lady of the United States.

8. Defendant the Florida Democratic Party is an integral part and organ of the Democratic Party in the state of Florida, headquartered in Tallahassee and participated and furthered the fraud and other illegal acts as alleged herein.

9. Defendant O'Connor is and was at all material times the personal and then personal White House physician to Defendant Biden.

**STANDING**

10. Plaintiff has standing to bring this action because he has been directly affected and victimized by the unlawful conduct complained herein. His injuries are proximately related to the conduct of Defendants. Plaintiff votes in Florida for presidential elections.

**FACTS**

11. In the time leading up to the 2020 presidential election, culminating on November 3, 2020, Defendant O'Connor, acting jointly and in concert with Defendant Harris, Defendant Biden, Defendant Jill Biden, and Defendant the Florida Democratic Party, fraudulently and intentionally hid the severe debilitating mental and physical illnesses and decline of Defendant Biden.

12. Defendant O'Connor, acting jointly and in concert with Defendant Harris, Defendant Biden, Defendant Jill Biden, and Defendant the Florida Democratic Party, fraudulently and intentionally covered up the true mental and physical conditions of Defendant Biden that made him unfit for the presidency and posed a potentially fatal security risk to the nation.

13. Defendant Harris, Defendant Biden, Defendant Jill Biden, Defendant the Florida Democratic Party, and Defendant O'Connor colluded and conspired together to conceal Defendant Biden's debilitating condition and continuing mental and physical decline intentionally and fraudulently which resulted his Defendant Biden's election as president and Defendant Harris's election as vice president in 2020.

14. This fraudulent and intentional cover up by Defendants, each and every one of them, continues into the 2024 presidential election and has occurred as recently as February 28, 2024, when Defendant O'Connor conducted a physical exam intentionally without a cognitive exam and falsely reported that Defendant Biden was fit for office. *See infra*.

15. On or around January 25, 2021, Defendant Biden, acting in concert with Defendant Harris, Defendant Jill Biden, Defendant the Florida Democratic Party, and Defendant O'Connor, commissioned Defendant O'Connor as his new personal White House physician.[1]

16. Defendant O'Connor has served as Defendant Biden's primary care physician since 2009, when he was appointed physician to then Vice President Biden and was chosen by Defendant Biden not for his qualifications, but instead his loyalty for the new role due to their "long history, and personal relationship," according to a White House official.[2]

17. Defendant O'Connor conducted and released the only physical and medical reports for Defendant Biden during his campaign in December 2019 leading up to the 2020 presidential election: a three-page summary that falsely declared Defendant Biden "a healthy, vigorous, 77-year-old male, who is fit to successfully execute the duties of the presidency."[3]

18. However, at the time of the report, it has now come to light that Defendant Biden was under treatment for four different medical conditions, including non-valvular atrial fibrillation (A-Fib) – a type of irregular heart rhythm, hyperlipidemia – higher concentrations of fats or lipids in the blood, gastroesophageal reflux and seasonal allergies.

[1] Nagle, Molly, "Biden to Replace White House Doctor With Long-Time Physician", ABC News, January 25, 2021, https://abcnews.go.com/Politics/biden-replace-white-house-doctor-long-time-physician/story?id=75456901.
[2] *Id.*
[3] *Id.*

19. On or around February 16, 2023, Defendant O'Connor performed a physical exam for Defendant Biden. Defendant O'Connor falsely, deceptively, and incredulously concluded that Defendant Biden "remains a healthy, vigorous, 80-year-old male, who is fit to successfully execute the [duties] of the Presidency, to include those as Chief Executive, Head of State and Commander in Chief."[4]

20. The physical included skin cancer surveillance, with one small lesion being removed from Defendant Biden's chest and set for biopsy. It also allegedly included an "extremely detailed" and "reassuring" neurological exam that found no "cerebellar or central neurological disorder."[5]

21. However, at the time of the physical exam, Defendant O'Connor did not perform a cognitive exam and intentionally excluded to mention in his report whether Defendant Biden is on any medications to treat his obvious serious and debilitating mental and physical condition and decline.[6]

22. The Guardian recently reported that Defendant O'Connor met with a leading Washington Neurologist at the White House.[7]

23. Dr. Kevin Cannard, a Parkinson's disease expert at Walter Reed Medical Center, met with [Defendant] O'Connor and "[t]he visit took place at the White House residence clinic on 17 January. Cannard has visited the White House **eight times since August 2023**."[8]

[4] Slisco, Aila, "Trump's White House Doctor Alleges Biden's Physical Was a 'Cover-Up'", Newsweek, February 17, 2023, https://www.newsweek.com/trumps-white-house-doctor-alleges-bidens-physical-was-cover-1781888.
[5] *Id.*
[6] *Id.*
[7] Helmore, Edward, "Biden's Doctor Reportedly Met With Top Neurologist at White House", The Guardian, July 6, 2024, https://www.theguardian.com/us-news/article/2024/jul/06/joe-biden-neurologist-doctor-meeting.
[8] *Id.* (emphasis added).

24. Defendant Biden, acting jointly and in concert with Defendant Harris, Defendant Jill Biden, Defendant the Florida Democratic Party and Defendant O'Connor, has consistently rejected taking any cognitive test, including in August 2020 when he dismissed a reporter's question with: "'Why the hell would I take a test?' He has continued to dismiss the need for one and, according to aides, has not received one during his three annual physical exams during his term in the White House."[9]

25. "The Washington Post . . . reported a White House aide saying that [Defendant] O'Connor, who has been [Defendant] Biden's doctor since 2009, has never recommended that [Defendant] Biden take a cognitive test."[10]

26. Instead of verifying that Defendant Biden is fit to run the office of the presidency, "[Defendant] O'Connor has said that his most important job is to offer [Defendant] Biden a [gratuitous and medically worthless] affirmative 'Good morning, Mr. President' – to get Biden off the on [sic] right track each day."[11]

27. The neurologist Defendant O'Connor met with at the White House multiple times has served as the "'neurology specialist supporting the White House medical unit' since 2012 and has published academic papers including one last year in the Parkinsonism & Related Disorders journal that focused on the 'early stage' of the brain degenerative disorder."[12]

28. Dr. Ronny Jackson ("Congressman Jackson"), now a Republican congressman in Texas who was the personal White House physician for former presidents Barack Obama and Donald Trump, had previously called for Defendant Biden to undergo a cognitive exam and

[9] *Id.*
[10] *Id.*
[11] *Id.*
[12] *Id.*

understandably accused Defendant O'Connor and Biden's family of trying to "cover up" problems with Defendant Biden's mental and physics inabilities.[13]

29. Defendant O'Connor, acting jointly and in concert with Defendant Harris, Defendant Biden, Defendant Jill Biden, and Defendant the Florida Democratic Party, has "covered up" Defendant Biden's incapacities and unfitness to carry out the duties of the President of the United States.

30. Congressman Jackson continued, "[Defendant] Kevin O'Connor is like a son to Jill Biden – she loves him . . . they [Defendants Biden and Jill Biden] knew they could trust Kevin [Defendant O'Connor] to say and do anything that needed to be said or done."[14]

31. On or around February 28, 2024, *months* after meeting the neurologist who specializes in brain degenerative disorders, Defendant O'Connor released his report following Defendant Biden's routine physical and falsely said: "[Defendant Biden] continues to be fit for duty and fully executes all of his responsibilities without any exemptions or accommodations . . ."[15]

32. Defendant Biden received the physical at a military hospital in suburban Maryland.

33. At the time of his report on or around February 28, 2024, Defendant O'Connor, acting jointly and in concert with Defendant Harris, Defendant Biden, Defendant Jill Biden and Defendant the Florida Democratic Party, knew that Defendant Biden did suffer and continues to suffer from a serious cognitive disorder and is unfit to serve as Commander in Chief as

[13] *Id.*
[14] *Id.*
[15] Alvord, Kyler, "Joe Biden's Doctor Releases Results of Annual Physical Exam", People, February 28, 2024, https://people.com/joe-biden-physical-exam-results-2024-doctor-visit-8601513.

evidenced by his meetings with the neurological specialist who wrote papers on early stage brain degenerative disorder back in 2023, *months* before Defendant O'Connor claimed Defendant Biden "continues to be fit for duty and fully executes all of his responsibilities without any exemptions or accommodations . . ." in February of 2024.[16]

34. After the disastrous, totally confused, and incomprehensible presidential debate performance by Defendant Biden against former President Trump on June 27, 2024 where Defendant Biden appeared incapacitated, James Comer ("Comer"), the Chairman of the House Oversight Committee (the "Committee"), wrote a letter to Defendant O'Connor just weeks ago, on July 7, 2024, seeking to understand the extent of his involvement in the Biden family's financial activity, particularly his involvement with Defendant Biden's brother, James, with Americore Health, LLC ("Americore).[17]

35. Given Defendant Biden's seriously degenerative cognitive state and inability to answer the most basic questions coherently, any reasonable person, whatever his or her politics, at a minimum, would recommend a cognitive exam for Defendant Biden.

36. Yet, Comer revealed that Defendant O'Connor at all material times, Defendant Biden's personal White House physician, has in fact, *never* recommended that Defendant Biden take a cognitive test.[18]

37. Defendant O'Connor has close ties to James Biden, Defendant Biden's brother.

---

[16] *Id.*

[17] Singman, Brooke, "Comer Reveals White House Physician Was Involved in Biden Family Business Deals, Demands He Testify", Fox News, July 7, 2024, https://www.foxnews.com/politics/comer-reveals-white-house-physician-involved-biden-family-business-deals-demands-he-testify.

[18] Diamond, Dan and Kranish, Michael, "Is Biden Fit for Duty? The Answer Depends on Little-Known White House Doctor", Washington Post, July 6, 2024, https://www.washingtonpost.com/politics/2024/07/06/kevin-oconnor-biden-doctor-cognitive-tests-debate/.

38. James Biden, Defendant Biden's brother, used funds from Americore to pay Defendant Biden $200,000 as the company was facing financial distress.[19]

39. While serving as a principal at Americore, James Biden received payments for $400,000 and $200,000, characterized by loans, from the company that were wired directly to his bank account.[20]

40. James Biden "procured the $600,000 in loans from Americore . . . based upon representations that his last name, 'Biden', could 'open doors' and that he could obtain a large investment from the Middle East based on his political connections."[21]

41. On March 1, 2018, the same day James Biden received the $200,000 wire transfer from Americore into his bank account, James Biden wrote a check to his brother, Defendant Biden, for $200,000 for a "loan repayment."[22]

42. In February of 2024, **an interview with James Biden confirmed that Defendant O'Connor provided counsel in connection with the alleged work he was performing with Americore**.[23]

43. James Biden stated:

> Q. – What services did you render to Americore if you weren't getting a salary?
>
> A. – I met with, for example – my brother wasn't in office at the time. He was a private citizen. And I had gotten through his – as Vice President, his personal physician was [Defendant] Colonel Kevin O'Connor.

---

[19] Press Release, Comer Releases Evidence of Direct Payment to Joe Biden, H. Comm. on Oversight & Accountability (Oct. 20, 2023).
[20] *In re Americore Holdings, LLC, et al., Carol Fox, Chapter 11 Trustee v. James Biden*, No. 19-61608 at ¶ 11-12 (Bankr. E.D. Ky. July 7, 2022).
[21] Transcribed Interview of Carol Fox, H. Comm. on Oversight & Accountability & H. Comm. on the Judiciary at 64 (Dec. 18, 2023).
[22] *See* Press Release, *supra*, Fn. 19.
[23] Transcribed Interview of James Biden, H. Comm. on Oversight & Accountability & H. Comm. on the Judiciary at 38-39 (Feb. 21, 2024) (emphasis added).

> And [Defendant] Kevin O'Connor – there was a very – and still there is an outcry for a solution for post-traumatic stress disorder. And one component in terms of filling these hospitals, I thought that if we followed the same protocols that the VA does with post-traumatic stress disorder and alcoholism – that there was a backlog at the VA. So he introduced me to a team.
>
> Atty. "He," Kevin?
>
> A. "He," Kevin O'Connor.
>
> And I remember we had – our first lunch was in Alexandria, Virginia.[24]

44. Public record also confirms that Defendant O'Connor, acting jointly and in concert with Defendant Harris, Defendant Biden, Defendant Jill Biden, and Defendant the Florida Democratic Party, "joined a meeting with Jim Biden and the president of a hospital being acquired by Americore[.][25]

45. According to The Washington Post, three of Defendant O'Connor's "former colleagues in the White House medical unit . . . said [Defendant] Biden's debate performance suggested to them that the president should undergo cognitive screening." Again, Comer revealed that Defendant O'Connor has in fact, never recommended that Defendant Biden take a cognitive test.[26]

46. After the disastrous and revealing debate performance, calls grew stronger from medical professionals that Defendant Biden should undergo a cognitive test but were overridden

---

[24] *Id.*
[25] Schreckinger, Ben, "Biden's Brother Used His Name to Promote a Hospital Chain. Then It Collapsed", Politico, February 18, 2024, https://www.politico.com/news/2024/02/18/the-biden-name-how-the-presidents-brother-became-embroiled-in-a-hospital-fiasco-00141868.
[26] Diamond, Dan and Kranish, Michael, "Is Biden Fit for Duty? The Answer Depends on Little-Known White House Doctor", Washington Post, July 6, 2024, https://www.washingtonpost.com/politics/2024/07/06/kevin-oconnor-biden-doctor-cognitive-tests-debate/.

by Defendant O'Connor's "continued insistence that [Defendant] Biden does not need testing[.]"[27]

47. Due to his cognitive decline, Defendant Biden, acting jointly and in concert with Defendant Harris, Defendant Jill Biden, Defendant the Florida Democratic Party and Defendant O'Connor, is unwilling and unable to provide any insight. In a recent interview with ABC News, Defendant Biden responded to a question about taking a cognitive test by saying "I have a cognitive test every single day," but pressed further, he said "I've already done it."[28]

48. After inquiries concerning the cognitive health of Defendant Biden, Defendant O'Connor has repeatedly refused interview requests from the media to shield Defendant Biden from public scrutiny and to defraud Plaintiff, other Florida registered voters, and the citizens of the United States into believing that Defendant Biden is fit for office.[29]

49. On July 3, 2024, White House Press Secretary Karine Jean-Pierre confirmed that she spoke with Defendant O'Connor and that Defendant Biden has not been evaluated since February 2024.[30]

50. Yet, on a phone all with Democratic governors the same day, Defendant Biden "told the assembled governors that he was **checked out by a doctor** and that everything was fine."[31]

---

[27] *Id.*
[28] *Id.*
[29] *Id.*
[30] Briefing Room, Press Briefing by Press Secretary Karine Jean-Pierre, The White House (July 3, 2024).
[31] Alba, Monica and Timm, Jane C., "Biden Says He Saw a Doctor After the Debate and Acknowledges: 'I Screwed Up'", NBC News, July 4, 2024, https://www.nbcnews.com/politics/joe-biden/biden-tells-democrats-saw-doctor-debate-rcna160320 (emphasis added).

51. Defendants, acting jointly and in concert, are perpetrating a fraud against Plaintiff in 2020 and currently, other Florida registered voters, and the American people, by intentionally and fraudulently lying about the serious and debilitating decline and mental and physical capacity of Defendant Biden.

52. Despite each and every Defendant's involvement in fraudulently covering up Defendant Biden's mental decline in both the 2020 and 2024 presidential elections, because of mounting pressure on both political sides of the aisle, Defendant Biden dropped out of the 2024 presidential election on July 21, 2024, endorsing Defendant Harris, his Vice President, as the Democratic Party's presidential nominee.

53. In fewer than twenty-four (24) hours, Defendant Harris catapulted to becoming the leading contender for the Democratic Party's nomination, having sown up more than half of the delegates pledged to Defendant Biden. She has not won a single vote ever in a presidential primary.

54. Defendant Harris participated personally in this fraud in and around 2020 in order to be appointed as Defendant Biden's vice president and later to be elected vice president.

55. Defendant Harris has been by Defendant Biden's side for the last four (4) years. She failed to alert anyone about Defendant Biden's lack of mental faculties before the primaries or general election in 2020 and currently.

56. Defendant Harris, second-in-line to the most powerful office in the world, failed to have preliminary 25th Amendment discussions about how to protect the country, given Defendant Biden's obvious mental and physical decline.

57. Defendant Harris, acting jointly and in concert with Defendant Biden, Defendant Jill Biden, Defendant the Florida Democratic Party, and Defendant O'Connor, participated in a

massive fraud, gaslighting the entire country about Defendant Biden's serious mental decline in acuity as alleged herein.

58. Defendant Harris, as second-in-line and as the country's vice president, had a duty to disclose the serious nature of Defendant Biden's mental decline prior to the 2020 presidential election and currently.

59. Because Defendant Harris perpetuated a massive fraud on the American people, she should be barred from entering the 2024 presidential race and being listed as a presidential candidate of the Florida ballot for the November 5, 2024, presidential election.

## APPLICABLE LAW

60. Under Section 97.021(14), Florida Statutes (2011), "elector" is defined as "synonymous with the word 'voter' or qualified elector or voter.'"

61. Plaintiff is a registered voter and thus elector in the state of Florida, having met the qualifications of Section 97.041(1)(a), Florida Statutes (2011).

62. The unlawful acts and practices, which include but are not limited to the failure to adhere to Florida election law, fraud, misconduct, and corruption as set forth herein dilute, subvert, nullify, and thus disenfranchise Plaintiff's vote in the 2020 presidential election and in the 2024 presidential election and thus harms his rights as a Florida citizen and elector. Defendant Harris, acting jointly and in concert with Defendants Biden, Jill Biden, the Florida Democratic Party, and O'Connor, committed fraud by knowingly and intentionally piggybacking off Defendant Biden's campaign as she is now the Democratic Party's presidential candidate and did so knowing that Defendant Biden is and was severely mentally and physically incapacitated.

63. Pursuant to Florida Statute 102.168.(3), this complaint is grounded on:

> (a) Misconduct, fraud, or corruption on the part of any election official or any member of the canvassing board sufficient to change or place in doubt the result of the election.
>
> ***
>
> (d) Proof that any elector, election official, or canvassing board member was given or offered a bribe or reward in money, property, or any other thing of value for the purpose of procuring the successful candidate's nomination or election or determining the result of any question submitted by referendum.

64. Within the meaning of Florida Statute 102.168, "elector" means any voter.

65. Pursuant to Florida Statute 102.168(1), a complaint can be filed by any elector qualified to vote in the election related to such candidacy, or by any taxpayer, respectively.

66. Under Florida Statute 102.168(1), "the certification of election or nomination of any person to office . . . may be contested in the circuit court . . . by any elector qualified to vote in the election related to such candidacy, or by any taxpayer, respectively."

## CAUSES OF ACTION

### COUNT I
### Fraud
### Against Defendant Kamala Harris

67. Plaintiff repeats and re-alleges each and every allegation in each of the foregoing paragraphs as if fully set forth herein.

68. Defendant Harris, acting jointly and in concert with Defendant Biden, Defendant Jill Biden, Defendant the Florida Democratic Party, and Defendant O'Connor, made repeated, fraudulent statements of material fact that Defendant Biden is fit for office as set forth above and herein.

69. Defendant Harris knew of and continues to know of the serious mental and physical condition and decline of Defendant Biden yet, acting jointly and in concert with Defendant Biden, Defendant Jill Biden, Defendant the Florida Democratic Party and Defendant

O'Connor, participated in a fraud that resulted in her and Defendant Biden becoming elected as President and Vice President in 2020.

70. Defendant Harris, acting jointly and in concert with Defendant Biden, Defendant Jill Biden, Defendant the Florida Democratic Party, and Defendant O'Connor, made several omissions of material fact when she fraudulently concealed the true state of Defendant Biden's mental and physical abilities as guaranteed to Plaintiff, Floridians, and the American people.

71. Defendant Harris was aware of the false nature of the statements as she spent the most amount of time with Defendant Biden and is also evidenced by her knowledge that Defendant Biden and Defendant O'Connor had at least *eight* meetings with Dr. Kevin Cannard, the Parkinson's disease expert at Walter Reed Medical Center and the person who has published academic papers including one last year in the Parkinsonism & Related Disorders journal that focused on the 'early stage' of the brain degenerative disorder.

72. Defendant Harris, acting jointly and in concert with Defendant Biden, Defendant Jill Biden, Defendant the Florida Democratic Party, and Defendant O'Connor, made these false statements and false omissions with the intent to defraud Plaintiff, such that Plaintiff would rely on them, as the purpose of these false statements and omissions was to create a false impression that Defendant Biden is fit for office and by doing so, has diluted and will dilute and disenfranchise Plaintiff's vote and other Florida voters on the basis of fraud in 2020 and now 2024.

73. Plaintiff and the American people relied on Defendant Harris's fraudulent statements and omissions.

74. By defrauding Plaintiff, Defendant Harris, acting jointly and in concert with Defendant Biden, Defendant Jill Biden, Defendant the Florida Democratic Party and Defendant

O'Connor, has caused Plaintiff suffering in his personhood and his rights as a registered Florida voter.

75. As a result of the fraudulent and false statements and omissions by Defendant Harris, Plaintiff's vote has been and will be disenfranchised and as a direct and proximate cause, Plaintiff suffered damages in an amount to be proven at trial.

**COUNT II**
**Fraud**
**Against Defendant Joseph Biden**

76. Plaintiff repeats and re-alleges each and every allegation in each of the foregoing paragraphs as if fully set forth herein.

77. Defendant Biden, acting jointly and in concert with Defendant Harris, Defendant Jill Biden, Defendant the Florida Democratic Party, and Defendant O'Connor, made repeated, fraudulent statements of material fact that he is fit for office as set forth above and herein.

78. Defendant Biden knows of his serious mental and physical condition and decline yet, acting jointly and in concert with Defendant Harris, Defendant Jill Biden, Defendant the Florida Democratic Party, and Defendant O'Connor, defrauded Plaintiff and the American people when he and Defendant Harris participated in a fraud that resulted in him and Defendant Harris becoming elected as President and Vice President in 2020.

79. At the direction of Defendant Biden, acting jointly and in concert with Defendant Harris, Defendant Jill Biden, Defendant the Florida Democratic Party, Defendant O'Connor intentionally never asked for and/or administered a cognitive exam to Defendant Biden.

80. Defendant Biden, acting jointly and in concert with Defendant Harris, Defendant Jill Biden, Defendant the Florida Democratic Party and Defendant O'Connor, made several omissions of material facts when he fraudulently concealed the true state of his mental and physical abilities as guaranteed to Plaintiff and the American people.

81. Defendant Biden was aware of the false nature of the statements as evidenced only in part by his prior meetings with Dr. Kevin Cannard, the Parkinson's disease expert at Walter Reed Medical Center and the person who has published academic papers including one last year in the Parkinsonism & Related Disorders journal that focused on the 'early stage' of the brain degenerative disorder.

82. Defendant Biden, acting jointly and in concert with Defendant Harris, Defendant Jill Biden, Defendant the Florida Democratic Party, and Defendant O'Connor, made these false statements and false omissions with the intent to defraud Plaintiff and other Florida voters such that Plaintiff and other Florida voters would rely on them, as the purpose of these false statements and omissions was to create a false impression that Defendant Biden is fit for office and by doing so, diluted and dilutes and disenfranchises Plaintiff's vote on the basis of fraud in the 2020 and 2024 presidential elections.

83. Plaintiff, a registered Florida voter and other Florida registered voters and the American people relied on Defendant Biden's fraudulent statements and false omissions in 2020 up to the present presidential election in 2024.

84. By defrauding Plaintiff, Defendant Biden, acting jointly and in concert with Defendant Harris, Defendant Jill Biden, Defendant the Florida Democratic Party, and Defendant O'Connor, has caused Plaintiff suffering in his personhood and his rights as a registered Florida voter.

85. As a result of the fraudulent and false statements and omissions by Defendant Biden, Plaintiff's vote had been and will be disenfranchised and as a direct and proximate cause, Plaintiff suffered damages in an amount to be proven at trial.

**COUNT III**
**Fraud**
**Against Defendant Jill Biden**

86. Plaintiff repeats and re-alleges each and every allegation in each of the foregoing paragraphs as if fully set forth herein.

87. Defendant Jill Biden, acting jointly and in concert with Defendant Harris, Defendant Biden, Defendant the Florida Democratic Party, and Defendant O'Connor, made repeated, fraudulent statements of material fact that her husband, Defendant Biden, is fit for office.

88. Defendant Jill Biden knows intimately the state of Defendant Biden's serious and debilitating decline and yet, dishonestly acting jointly and in concert with Defendant Harris, Defendant Biden, Defendant the Florida Democratic Party, and Defendant O'Connor, continues to campaign for Defendant Harris even though Defendant Harris's and Defendant Biden's 2020 presidential nomination was based on fraud.

89. At the direction of Defendant Harris, Defendant Biden, Defendant Jill Biden, and the Florida Democratic Party, Defendant O'Connor purposefully and intentionally never administered a cognitive exam to Defendant Biden.

90. Defendant Jill Biden, acting jointly and in concert with Defendant Harris, Defendant Biden, Defendant the Florida Democratic Party, and Defendant O'Connor, made several omissions of material fact when she fraudulently concealed the true state of Defendant

Biden's mental and physical abilities as guaranteed to Plaintiff, Floridians, and the American people.

91. Defendant Jill Biden was aware of the false nature of the statements as she intimately co-habits with her husband and is also evidenced by her knowledge that Defendant Biden and Defendant O'Connor had at least *eight* meetings with Dr. Kevin Cannard, the Parkinson's disease expert at Walter Reed Medical Center and the person who has published academic papers including one last year in the Parkinsonism & Related Disorders journal that focused on the 'early stage' of the brain degenerative disorder.

92. Defendant Jill Biden, acting jointly and in concert with Defendant Harris, Defendant Biden, Defendant the Florida Democratic Party, and Defendant O'Connor, made these false statements and false omissions with the intent to defraud Plaintiff, such that Plaintiff would rely on them, as the purpose of these false statements and omissions was to create a false impression that Defendant Biden is fit for office and by doing so, has diluted and will dilute and disenfranchise Plaintiff's vote and other Florida voters on the basis of fraud in 2020 and now 2024.

93. Plaintiff and the American people relied on Defendant Jill Biden's fraudulent statements and omissions.

94. By defrauding Plaintiff, Defendant Jill Biden, acting jointly and in concert with Defendant Harris, Defendant Biden, Defendant the Florida Democratic Party, and Defendant O'Connor, has caused Plaintiff suffering in his personhood and his rights as a registered Florida voter.

95. As a result of the fraudulent and false statements and omissions by Defendant Jill Biden, Plaintiff's vote has been and will be disenfranchised as a direct and proximate cause, Plaintiff suffered damages in an amount to be proven at trial.

**COUNT IV**
**Fraud**
**Against Defendant the Florida Democratic Party**

96. Plaintiff repeats and re-alleges each and every allegation in each of the foregoing paragraphs as if fully set forth herein.

97. Defendant the Florida Democratic Party, acting jointly and in concert with Defendant Harris, Defendant Biden, Defendant Jill Biden, and Defendant O'Connor, made repeated, fraudulent statements of material fact when it perpetuated the false notion to Plaintiff and other Florida voters that Defendant Biden is fit for office and that they should vote for him.

98. Defendant the Florida Democratic Party knew or had reason to know that Defendant Biden had not been given a cognitive exam.

99. Defendant the Florida Democratic Party, acting jointly and in concert with Defendant Harris, Defendant Biden, Defendant Jill Biden, and Defendant O'Connor, made several omissions of material facts when it fraudulently concealed the true state of Defendant Biden's debilitating mental and physical infirmities to its voters, as guaranteed to Plaintiff and the American people.

100. Defendant the Florida Democratic Party was thus aware of the false nature of the statements as evidenced by Defendant Biden's obvious mental and physical decline during television interviews, radio interviews, public events, campaigning, and public speaking, among a myriad of other indications.

101. Defendant the Florida Democratic Party, acting jointly and in concert with Defendant Harris, Defendant Biden, Defendant Jill Biden, and Defendant O'Connor, made these false statements and false omissions with the intent to defraud Plaintiff and other Florida registered voters, and that Plaintiff would rely on them, as the purpose of these false statements and omissions was to create a false impression that Defendant Biden is fit for office and by doing so, has diluted and will dilute and disenfranchise Plaintiff's vote and other Florida votes on the basis of fraud in 2020 and 2024.

102. Plaintiff, other Florida voters, and the American people relied on Defendant the Florida Democratic Party's fraudulent statements and false omissions.

103. By defrauding Plaintiff, Defendant the Florida Democratic Party, acting jointly and in concert with Defendant Harris, Defendant Biden, Defendant Jill Biden and Defendant the Florida Democratic Party, has caused Plaintiff suffering in his personhood and rights as a registered Florida voter.

104. As a result of the fraudulent and false statements and omissions by Defendant the Florida Democratic Party, Plaintiff's vote has been in 2020 and will again in 2024 be disenfranchised and as a direct and proximate cause, Plaintiff suffered damages in an amount to be proven at trial.

**COUNT V**
**Fraud**
**Against Defendant Kevin O'Connor**

105. Plaintiff repeats and re-alleges each and every allegation in each of the foregoing paragraphs as if fully set forth herein.

106. Defendant O'Connor, acting jointly and in concert with Defendant Harris, Defendant Biden, Defendant Jill Biden, and Defendant the Florida Democratic Party, made

repeated, fraudulent statements of material fact when he falsified reports that Defendant Biden is fit to be president.

107. Indeed, Defendant O'Connor purposefully and intentionally never gave Defendant Biden a cognitive exam.

108. Defendant O'Connor, acting jointly and in concert with Defendant Harris, Defendant Biden, Defendant Jill Biden, and Defendant the Florida Democratic Party, made several omissions of material fact when he fraudulently concealed the true state of Defendant Biden's serious debilitating mental and physical decline in abilities as guaranteed to Plaintiff, other Florida registered voters and the American people.

109. Defendant O'Connor was aware of the false nature of the statements as evidenced by his prior meetings with Dr. Kevin Cannard, the Parkinson's disease expert at Walter Reed Medical Center and the person who has published academic papers including one last year in the Parkinsonism & Related Disorders journal that focused on the 'early stage' of the brain degenerative disorder.

110. Defendant O'Connor, acting jointly and in concert with Defendant Harris, Defendant Biden, Defendant Jill Biden, and Defendant the Florida Democratic Party, made these false statements and false omissions with the intent to defraud Plaintiff and other Florida voters and that Plaintiff and other Florida voters would rely on them, as the purpose of these false statements and omissions was to create a false impression that Defendant Biden is fit for office and by doing so, diluted and will dilute and disenfranchise Plaintiff's vote on the basis of fraud in 2020 and 2024.

111. Plaintiff, other Florida voters and the American people, relied on Defendant O'Connor's fraudulent statements and false omissions.

112. By defrauding Plaintiff, Defendant O'Connor, acting jointly and in concert with Defendant Harris, Defendant Biden, Defendant Jill Biden and Defendant the Florida Democratic Party, has caused Plaintiff suffering in his personhood and rights as a registered Florida voter.

113. As a result of the fraudulent and false statements and omissions by Defendant O'Connor, Plaintiff's vote has been in 2020 and now in 2024 will be disenfranchised and as a direct and proximate cause, Plaintiff suffered damages in an amount to be proven at trial.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment against Defendants, acting jointly and severally, as follows:

a. Compensatory and actual damages to be determined at trial;

b. Awarding Plaintiff's attorneys' fees and costs;

c. Granting any such further relief as the Court deems appropriate including preliminary and permanent injunctive relief in the form of Defendant Harris's name being removed by the Florida Secretary of State as a candidate for president or vice president in the 2024 Presidential election as well as preliminary and permanent injunction enjoining Defendant Harris from running for vice president or president in 2024 and leave to later amend once more facts are uncovered during discovery.

d. Plaintiff will move for punitive damages pursuant to Florida Statute 768.02 at the appropriate time.

Dated: July 24, 2024

Respectfully submitted,

/s/ Larry Klayman
Larry Klayman, Esq.
Chairman and General Counsel
Freedom Watch, Inc.
7050 West Palmetto Park Rd.
Boca Raton, FL 33433

Tel: (310) 595-0800
Email: lcklayman@gmail.com

*Plaintiff Pro Se*

IN THE Circuit COURT OF THE SECOND JUDICIAL CIRCUIT
IN AND FOR LEON COUNTY, STATE OF FLORIDA

Larry Klayman,
Plaintiff/Petitioner,

Case No.: 2024 CA 001114

vs.

President Joseph R. Biden et al,
Defendant/Respondent.

**SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL**
**ORDEN DE COMPARECENCIA: SERVICIO PERSONAL EN UN INDIVIDUO**
**CITATION: L'ASSIGNATION PERSONAL SUR UN INDIVIDUEL**

TO/PARA/A: *{enter other party's full legal name}* Kamala Harris
*{address(including city and state)/location for service}*
1600 Pennsylvania Ave NW, Washington, DC, 20500

**IMPORTANT**

A lawsuit has been filed against you. You have **20 calendar days**[1] after this summons is served on you to file a written response to the attached complaint/petition with the clerk of this circuit court, located at, 301 South Monroe Street, Tallahassee, FL 32301. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be **filed** if you want the Court to hear your side of the case.

**If you do not file your written response on time, you may lose the case, and your wages, money, and property may be taken thereafter without further warning from the Court.** There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court, you must also mail or take a copy of your written response to the party serving this summons at: *{Name and address of party serving summons}* Larry Klayman
7050 W. Palmetto Park Rd, Boca Raton, FL, 33433

[1] Rule 1.140(a), Florida Rules of Civil Procedure, provides: (2) (A) Except when sued pursuant to FS 768.28, the state of Florida, an agency of the state, or an officer or employee of the state sued in an official capacity shall serve an answer to the complaint or crossclaim, or a reply to a counterclaim, within **40 days** after service; (B) When sued pursuant to FS 768.28, the Department of Financial Services or the defendant state agency shall have **30 days** from the date of service within which to serve an answer to the complaint or crossclaim or a reply to a counterclaim.

**Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit Court's office. You may review these documents, upon request. You must keep the Clerk of the Circuit Court's office notified of your current address. Future papers in this lawsuit will be mailed to the address on record at the clerk's office.**

**IMPORTANTE**

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Localizado en: 301 South Monroe Street, Tallahassee, FL 32301. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, usted puede consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presente su respuesta ante el tribunal, usted debe enviar por correo o entregar una copia de su respuesta a la persona denominada abajo.

Si usted elige presentar personalmente una respuesta por escrito, en el mismo momento que usted presente su respuesta por escrito al Tribunal, usted debe enviar por correo o llevar una copia de su respuesta por escrito a la parte entregando esta orden de comparencencia a: Nombre y direccion de la parte que entrega la orden de comparencencia: ____________________________
________________________________________________________________________

**Copias de todos los documentos judiciales de este caso, incluyendo las ordenes, estan disponibles en la oficina del Secretario de Juzgado del Circuito [Clerk of the Circuit Court's office]. Estos documentos pueden ser revisados a su solicitud. Usted debe de manener informada a la oficina del Secretario de Juzgado del Circuito de su direccion actual. Los papelos que se presenten en el futuro en esta demanda judicial seran env ados por correo a la direccion que este registrada en la oficina del Secretario.**

**IMPORTANT**

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Qui se trouve a: *{L'Adresse}* 301 South Monroe Street, Tallahassee, FL 32301. Un simple coup de telephone est insuffisant pour vous proteger; vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause.

Si vous ne deposez pas votre reponse ecrite dans le delai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les

services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite a la partie qui vous depose cette citation. Nom et adresse de la partie qui depose cette citation: ______________________________________________

______________________________________________________________________

**Les photocopies de tous les documents tribunals de cette cause, y compris des arrets, sont disponible au bureau du greffier. Vous pouvez revue ces documents, sur demande. Il faut aviser le greffier de votre adresse actuelle. Les documents de l'avenir de ce proces seront envoyer a l' adresse que vous donnez au bureau du greffier.**

THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE:

You are commanded to serve this summons and a copy of the complaint in this lawsuit on the above-named person.

DATED: ______________________________

GWEN MARSHALL
CLERK OF THE CIRCUIT COURT

By: ______________________ 08/28/2024
Deputy Clerk

# LEON COUNTY Receipt of Transaction
## Receipt # 1800799

GWEN MARSHALL
Clerk of Court and Comptroller
LEON COUNTY, FLORIDA

**Received From:**
Larry E. Klayman

,

**On Behalf Of:**

,

On: 8/28/2024 10:23:48AM
Transaction # 101095436
Cashiered by: Y SMITH

**CaseNumber 2024 CA 001114**

**Judge JOHN C COOPER**

**LARRY KLAYMAN *VS* KAMALA D HARRIS ACTING INDIVIDUALLY AND AS VICE PRESIDENT OF THE UNITED STATES**

Comments:

| Fee Description | Fee | Prior Paid | Waived | Due | Paid | Balance |
|---|---|---|---|---|---|---|
| (COMP_CA) COMPLAINT | 400.00 | 400.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| (CASUIS) CIRCUIT CIVIL SUMMONS ISSUED | 10.00 | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| (CASUIS) CIRCUIT CIVIL SUMMONS ISSUED | 10.00 | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| (CASUIS) CIRCUIT CIVIL SUMMONS ISSUED | 10.00 | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| (CASUIS) CIRCUIT CIVIL SUMMONS ISSUED | 10.00 | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| (CASUIS) CIRCUIT CIVIL SUMMONS ISSUED | 10.00 | 0.00 | 0.00 | 10.00 | 10.00 | 0.00 |
| **Total:** | **450.00** | **440.00** | **0.00** | **10.00** | **10.00** | **0.00** |
| **Grand Total:** | **450.00** | **440.00** | **0.00** | **10.00** | **10.00** | **0.00** |

**PAYMENTS**

| Payment Type | Reference | | Amount | Refund | Overage | Change | Net Amount |
|---|---|---|---|---|---|---|---|
| CREDIT CARD EFILE | 205539419 | OK | 10.00 | 0.00 | 0.00 | 0.00 | 10.00 |
| | | **Payments Total:** | **10.00** | **0.00** | **0.00** | **0.00** | **10.00** |