# Exhibit D

IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT
IN AND FOR LEON COUNTY, FLORIDA

| | |
|---|---|
| LARRY KLAYMAN,<br><br>Plaintiff,<br><br>v.<br><br>KAMALA D. HARRIS, JOSEPH R. BRIDEN, DR. JILL TRACY JACOBS BIDEN, THE FLORIDA DEMOCRATIC PARTY, and DR. KEVIN O'CONNOR.<br><br>Defendants. | Case Number: 2024-CA-001114 |

**SCOPE OF EMPLOYMENT CERTIFICATION**

I, Kirsten L. Wilkerson, Director, Torts Branch, Civil Division, United States Department of Justice, acting pursuant to the provisions of 28 U.S.C. § 2679(d)(2), and by virtue of the authority vested in me by 28 C.F.R. § 15.4, hereby certify that I have read the amended complaint in this action and that, on the basis of the information now available with respect to the claims asserted therein, I find that Defendant Kamala Harris was an employee of the United States acting within the scope of her federal office or employment as the Vice President of the United States for all alleged incidents described in the complaint that occurred after she took office on January 20, 2021.

Dated this 14th day of January, 2025.

KIRSTEN WILKERSON
Digitally signed by KIRSTEN WILKERSON
Date: 2025.01.14 15:44:31 -05'00'

KIRSTEN L. WILKERSON
Director, Torts Branch
Civil Division, United States Department of Justice

IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT
IN AND FOR LEON COUNTY, FLORIDA

LARRY KLAYMAN,

Plaintiff,

v.

KAMALA D. HARRIS, JOSEPH R. BIDEN, DR. JILL TRACY JACOBS BIDEN, THE FLORIDA DEMOCRATIC PARTY, and DR. KEVIN O'CONNOR.

Defendants.

Case Number: 2024-CA-001114

**SCOPE OF EMPLOYMENT CERTIFICATION**

I, Kirsten L. Wilkerson, Director, Torts Branch, Civil Division, United States Department of Justice, acting pursuant to the provisions of 28 U.S.C. § 2679(d)(2), and by virtue of the authority vested in me by 28 C.F.R. § 15.4, hereby certify that I have read the amended complaint in this action and that, on the basis of the information now available with respect to the claims asserted therein, I find that Defendant Joseph R. Biden was an employee of the United States acting within the scope of his federal office or employment as the President of the United States for all alleged incidents described in the complaint that occurred after he took office on January 20, 2021.

Dated this 14th day of January, 2025.

KIRSTEN WILKERSON
Digitally signed by KIRSTEN WILKERSON
Date: 2025.01.14 15:43:35 -05'00'

KIRSTEN L. WILKERSON
Director, Torts Branch
Civil Division, United States Department of Justice

IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT
IN AND FOR LEON COUNTY, FLORIDA

LARRY KLAYMAN,

Plaintiff,

v.

KAMALA D. HARRIS, JOSEPH R. BIDEN, DR. JILL TRACY JACOBS BIDEN, THE FLORIDA DEMOCRATIC PARTY, and DR. KEVIN O'CONNOR.

Defendants.

Case Number: 2024-CA-001114

**SCOPE OF EMPLOYMENT CERTIFICATION**

I, Kirsten L. Wilkerson, Director, Torts Branch, Civil Division, United States Department of Justice, acting pursuant to the provisions of 28 U.S.C. § 2679(d)(2), and by virtue of the authority vested in me by 28 C.F.R. § 15.4, hereby certify that I have read the amended complaint in this action and that, on the basis of the information now available with respect to the claims asserted therein, I find that Defendant Kevin O'Connor was an employee of the United States acting within the scope of his federal office or employment as Physician to the President for all alleged incidents described in the complaint that occurred after he was hired on January 20, 2021.

Dated this 14th day of January, 2025.

KIRSTEN WILKERSON
Digitally signed by KIRSTEN WILKERSON
Date: 2025.01.14 15:44:09 -05'00'

KIRSTEN L. WILKERSON
Director, Torts Branch
Civil Division, United States Department of Justice