**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

LARRY KLAYMAN,

Plaintiff,

**Civil Case No. 4:25-cv-00023**

vs.

KAMALA D. HARRIS, and
JOSEPH R. BIDEN,
DR. JILL TRACY JACOBS
BIDEN, the FLORIDA
DEMOCRATIC PARTY and
DR. KEVIN O'CONNOR.

Defendants.

# MOTION TO SUBSTITUTE THE UNITED STATES AS DEFENDANT

The United States respectfully submits this motion to substitute in part the United States as Defendant in place of Vice President Kamala Harris, President Joseph R. Biden, and Dr. Kevin O'Connor.

## PRELIMINARY STATEMENT

On July 24, 2024, Plaintiff Joseph Larry Klayman filed an Amended Complaint in the Circuit Court of the Second Judicial Circuit in and for Leon County, Florida, alleging that the Defendants engaged in fraud by concealing information related to President Joseph R. Biden's health. The Director of the Torts Branch, Civil Division, United States Department of Justice subsequently certified that Defendants Kamala Harris, Joseph R. Biden, and Dr. O'Connor were employees of the United States acting within the scope of their federal office or employment as the Vice President and President of the United States, and Physician to the President, respectively, for the incidents alleged in Plaintiff's complaint occurring during their terms in office, which is to

say, after January 20, 2021. On this basis, the United States removed the State Court Action to this Court pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. § 2679(d)(2).

The United States should be substituted in part for Defendants Harris, Biden, and Dr. O'Connor for their actions which are alleged to have occurred during their terms in office or employment, that is, after January 20, 2021. This case thus is subject to the FTCA, which provides the exclusive remedy for tort claims against employees of the United States acting within the scope of their employment. The statute provides that the only proper defendant in such an action is the United States.

## BACKGROUND

Plaintiff Larry Klayman filed a Complaint in the Circuit Court of the Second Judicial Circuit in and for Leon County, Florida, against Vice President of the United States Kamala Harris, President of the United States Joseph R. Biden, and Physician to the President Kevin O'Connor. *See* Dkt. No. 1, Notice of Removal, ¶ 1. On January 13, 2025, Kirsten L. Wilkerson, Director of the Torts Branch, Civil Division, United States Department of Justice, certified pursuant to the FTCA that Vice President Harris was an employee of the United States of America acting within the scope of her employment with respect to the incidents alleged in the Complaint which occurred after January 20, 2021. Also on January 13, Ms. Wilkerson certified pursuant to the FTCA that President Biden was an employee of the United States of America acting within the scope of his employment with respect to the incidents alleged in the Complaint which occurred after January 20, 2021. On the same date, Ms. Wilkerson certified pursuant to the FTCA that Dr. Kevin O'Connor was an employee of the United States acting within the scope of his employment with respect to the incidents alleged in the Complaint which occurred after January 20, 2021. Ex. 1. On January 15, 2025, the United States removed the State Court Action to this Court pursuant to

28 U.S.C. § 2679(d)(2).

## ARGUMENT

The United States should be substituted as Defendant with respect to the claims against Vice President Harris, President Biden, and Dr. O'Connor for incidents which allegedly occurred after January 20, 2021. The FTCA provides a remedy against the United States "for money damages . . . for injury or loss of property . . . caused by the negligent or wrongful act or omission of any employee of the Government while acting within the scope of his office or employment, under circumstances where the United States, if a private person, would be liable to the claimant in accordance with the law of the place where the act or omission occurred." 28 U.S.C. § 1346(b)(1). Under the Westfall Act, the FTCA remedy "is exclusive of any other civil action or proceeding for money damages by reason of the same subject matter against the employee whose act or omission gave rise to the claim." *Id.* § 2679(b)(1).

Here, the Torts Branch Director has certified that Vice President Harris, President Biden, and Dr. O'Connor were employees of the United States acting within the scope of their employment for the purpose of Plaintiff's claims which allegedly occurred after January 20, 2021. *See* Ex. A, Ex. B., and Ex. C. These certifications "conclusively establish[es] scope of office or employment for purposes of removal." 28 U.S.C. § 2679(d)(2); *see also Osborn v. Haley*, 549 U.S. 225, 241 (2007) (quoting 28 U.S.C. § 2679(d)(2)). The Westfall Act provides that, upon such certification, "any civil action or proceeding commenced upon [the] claim in a State court shall be removed without bond at any time before trial . . . to the district court of the United States," and "[s]uch action or proceeding shall be deemed to be an action or proceeding brought against the United States under the provisions of [the FTCA] and all references thereto, and the United States shall be substituted as the party defendant." 28 U.S.C. § 2679(d)(2); *see also id.* § 2679(d)(4)

(upon certification, the action "shall proceed in the same manner as any action against the United States filed pursuant to section 1346(b) of this title and shall be subject to the limitations and exceptions applicable to those [FTCA] actions"). The Westfall Act requires substitution of the United States "unless and until the district court determines that the federal officer originally named as defendant was acting outside the scope of his employment." *Osborn*, 549 U.S. at 252; *see also Matsushita Elec. Co. v. Zeigler*, 158 F.3d 1167, 1169 (11th Cir. 1998) ("[U]nder § 2679(d)(1), the district court was *required* to substitute the United States as a defendant for Zeigler once the United States Attorney had certified that Ziegler's actions occurred within the scope of his employment.").

Thus, the United States should be substituted in part as party defendant in place of Vice President Harris, President Biden, and Dr. O'Connor in this action.

**CONCLUSION**

For the foregoing reasons, the United States respectfully requests that the Court substitute in part the United States as Defendant in place of Vice President Harris, President Biden, and Dr. O'Connor.

Dated: January 15, 2025

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

JASON R. COODY
United States Attorney
Northern District of Florida

KIRSTEN L. WILKERSON
Director

/s/ Jocelyn Krieger

JOCELYN KRIEGER (NJ Bar No. 065962013)
Trial Attorney
Torts Branch, Civil Division
United States Department of Justice
P.O. Box 888
Washington, DC 20044
Telephone: (202) 616-1679
Facsimile: (202) 616-5200
Email: jocelyn.krieger@usdoj.gov

**LOCAL RULE 7.1(B) CERTIFICATION**

Department of Justice Trial Attorney Jocelyn Krieger emailed Plaintiff Larry Klayman at 4:50 P.M. on January 14, 2025, requesting a meet and confer on this motion. Counsel further attempted to call Mr. Klayman by telephone on January 15, 2025 at 10:45 A.M. Mr. Klayman did not respond to either attempt at communication.

**LOCAL RULE 7.1(F) CERTIFICATION**

I CERTIFY that this memorandum contains 1010 words, per Microsoft Word's word count, which complies with the word limit requirements set forth in Local Rule 7.1(F).

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 15, 2025, I served a true and correct copy of the foregoing document by U.S. Mail on the following:

Larry Klayman, Esq.
*Pro se*
Freedom Watch, Inc.
7050 W. Palmetto Park Road
Boca Raton, FL, 33433
Telephone: (561) 558 - 5336
Email: leklayman@gmail.com

And that on the same date, by agreement, I served a true and correct copy of the foregoing document by email on the following:

Frederick S. Wermuth
Attorney for Defendants Joseph R. Biden, Kamala D. Harris, and Dr. Jill Tracy Jacobs Biden
KING, BLACKWELL,
ZEHNDER & WERMUTH, P.A.
P.O. Box 1631
Orlando, FL 32802-1631
fwermuth@kbzwlaw.com (Primary)
mhill@kbzwlaw.com (Secondary)

Bram Alden
Attorney for Defendants Joseph R. Biden, Kamala D. Harris, and Dr. Jill Tracy Jacobs Biden
523 West 6th St., Suite 400
Los Angeles, CA 90014
Hueston Hennigan LLP
balden@hueston.com

And that on the same date, I served a true and correct copy of the foregoing document by U.S. Mail on the following:

Florida Democratic Party
201 South Monroe Street
Suite 300
Tallahassee, FL 32301

Dr. Kevin O'Connor
c/o Ross Hall
2300 Eye Street NW
Washington DC 20037

*/s/ Jocelyn Krieger*
JOCELYN KRIEGER
Trial Attorney, Civil Division