**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

| | |
|---|---|
| LARRY KLAYMAN,<br><br>Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA, DR. JILL TRACY JACOBS BIDEN, and THE FLORIDA DEMOCRATIC PARTY,<br><br>Defendants. | Case No. 4:25-CV-00023-AW-MAF |

**DECLARATION OF FREDRICK S. WERMUTH, ESQ.**

I, Frederick S. Wermuth, according to 28 U.S.C. § 1746, hereby declare as follows:

1. I am over the age of 18. I am fully competent to make this declaration. The following statements are based on my personal knowledge.

2. I am an attorney licensed to practice law in Florida. I am—and was during all times relevant to this declaration—record counsel for Dr. Jill Tracy Jacobs Biden, a Defendant in the above-captioned action.

3. On March 27, 2025, Plaintiff Larry Klayman's associate, Oliver Peer, emailed me and requested a thirty-day extension to respond to Dr. Biden's motion to dismiss. **Exhibit A**. Because the email was sent outside of office hours, I inadvertently overlooked it. On March 31, 2025, Mr. Klayman filed his motion for

an extension of time.

4. On April 1, 2025, after the Court denied Mr. Klayman's first motion for an extension of time without prejudice, Mr. Klayman called me and asked if Dr. Biden would consent to a two-week extension of his deadline to respond to Dr. Biden's motion to dismiss. After the call, I emailed Mr. Klayman and informed him that Dr. Biden did not oppose his requested extension. **Exhibit B**.

5. Mr. Klayman never conferred with me or, to my knowledge, any other attorney of record for Dr. Biden regarding his April 17, 2025 renewed motion for leave to amend.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 24, 2025.

Frederick S. Wermuth, Esq.

# EXHIBIT A

**From:** Oliver Peer
**To:** Larry Klayman; Fritz Wermuth
**Subject:** Fwd: Activity in Case 4:25-cv-00023-AW-MAF KLAYMAN v. UNITED STATES OF AMERICA et al Motion to Dismiss
**Date:** Thursday, March 27, 2025 8:27:33 PM

---

Good evening:

I am emailing from the office of Larry Klayman, Plaintiff in this matter. Please advise if you will agree to a thirty-day extension of time to respond to this Motion to Dismiss because his sole associate is out of the country for the entire month of March and he himself will likely be traveling on client matters as well.

Please advise your position by COB tomorrow. Thank you.

Regards,
Oliver Peer
Klayman Law Group P.A.

---------- Forwarded message ---------
From: <flnd_flncmecf@flnd.uscourts.gov>
Date: Fri, Mar 21, 2025 at 2:56 AM
Subject: Activity in Case 4:25-cv-00023-AW-MAF KLAYMAN v. UNITED STATES OF AMERICA et al Motion to Dismiss
To: <flnd_clerk@flnd.uscourts.gov>

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Northern District of Florida**

## Notice of Electronic Filing

The following transaction was entered by WERMUTH, FREDERICK on 3/20/2025 at 12:55 PM CDT and filed on 3/20/2025

**Case Name:** KLAYMAN v. UNITED STATES OF AMERICA et al
**Case Number:** 4:25-cv-00023-AW-MAF
**Filer:** JILL TRACY JACOBS BIDEN
**Document Number:** 13

**Docket Text:**

**MOTION to Dismiss by JILL TRACY JACOBS BIDEN. (Internal deadline for referral to judge if response not filed earlier: 4/3/2025). (WERMUTH, FREDERICK)**

**4:25-cv-00023-AW-MAF Notice has been electronically mailed to:**

BRAM MARSHALL ALDEN     balden@hueston.com

FREDERICK STANTON WERMUTH     fwermuth@kbzwlaw.com, courtfilings@kbzwlaw.com, mhill@kbzwlaw.com

JOCELYN ALYSSA KRIEGER     jocelyn.krieger@usdoj.gov

JOHN CHARLES HUESTON     jhueston@hueston.com, docketing@hueston.com, lhiles@hueston.com

LARRY KLAYMAN     leklayman@gmail.com, asher.andersonfw@gmail.com, daj142182@gmail.com, oliver.peerfw@gmail.com

QUINN BRANDON RITTER     qritter@kbzwlaw.com

**4:25-cv-00023-AW-MAF Notice will be mailed via USPS and will NOT be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1047052653 [Date=3/20/2025] [FileNumber=12414275-0] [9f0dba4d802547c987a8826672e7ec2479d0b87246012970668284bef0c6261840 51f61455af2dded7d36d07a238d75384dc4ac01a077523d10c137b0780fa88]]

# EXHIBIT B

**From:** Fritz Wermuth
**To:** Larry Klayman
**Cc:** Oliver Peer; Bram Alden; Quinn Ritter
**Subject:** Re: FW: Activity in Case 4:25-cv-00023-AW-MAF KLAYMAN v. UNITED STATES OF AMERICA et al Order
**Date:** Tuesday, April 1, 2025 1:28:00 PM

---

Hi Larry,

In follow up to our discussion, Dr. Biden does not oppose a two-week extension for your response to the motion to dismiss.

Fritz Wermuth | Shareholder
fwermuth@kbzwlaw.com
KING, BLACKWELL, ZEHNDER & WERMUTH, P.A.

---

**From:** Larry Klayman <leklayman@gmail.com>
**Sent:** Tuesday, April 1, 2025 10:38 AM
**To:** Fritz Wermuth <FWermuth@kbzwlaw.com>
**Cc:** Oliver Peer <oliver.peerfw@gmail.com>; Bram Alden <balden@hueston.com>; Quinn Ritter <qritter@kbzwlaw.com>
**Subject:** Re: FW: Activity in Case 4:25-cv-00023-AW-MAF KLAYMAN v. UNITED STATES OF AMERICA et al Order

This is a conferral. We will advise the court.

Larry Klayman

On Tue, Apr 1, 2025 at 10:36 AM Fritz Wermuth <FWermuth@kbzwlaw.com> wrote:

> Hi Larry,
>
> Please email all record counsel when you plan to confer on a motion. With regard to your motion for extension, we oppose the requested relief.
>
> Fritz Wermuth | Shareholder
> fwermuth@kbzwlaw.com
> KING, BLACKWELL, ZEHNDER & WERMUTH, P.A.
>
> ---
>
> **From:** flnd_flncmecf@flnd.uscourts.gov <flnd_flncmecf@flnd.uscourts.gov>
> **Sent:** Tuesday, April 1, 2025 10:26 AM
> **To:** flnd_clerk@flnd.uscourts.gov
> **Subject:** Activity in Case 4:25-cv-00023-AW-MAF KLAYMAN v. UNITED STATES OF AMERICA et al Order
>
> **This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Northern District of Florida**

## Notice of Electronic Filing

The following transaction was entered on 4/1/2025 at 9:26 AM CDT and filed on 4/1/2025

**Case Name:** KLAYMAN v. UNITED STATES OF AMERICA et al

**Case Number:** 4:25-cv-00023-AW-MAF

**Filer:**

**Document Number:** 15

**Docket Text:**

**ORDER DENYING WITHOUT PREJUDICE [14] MOTION FOR EXTENSION. Signed by JUDGE ALLEN C WINSOR on 4/1/2025. (kdm)**

**4:25-cv-00023-AW-MAF Notice has been electronically mailed to:**

FREDERICK STANTON WERMUTH fwermuth@kbzwlaw.com, courtfilings@kbzwlaw.com, mhill@kbzwlaw.com

QUINN BRANDON RITTER qritter@kbzwlaw.com

LARRY KLAYMAN leklayman@gmail.com, asher.andersonfw@gmail.com, daj142182@gmail.com, oliver.peerfw@gmail.com

JOCELYN ALYSSA KRIEGER jocelyn.krieger@usdoj.gov

BRAM MARSHALL ALDEN balden@hueston.com

JOHN CHARLES HUESTON jhueston@hueston.com, docketing@hueston.com, lhiles@hueston.com

**4:25-cv-00023-AW-MAF Notice will be mailed via USPS and will NOT be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document

**Original filename:** n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1047052653 [Date=4/1/2025] [FileNumber=12424263-0
] [6677892f60b31c877361ff96554b26bddce454b92cd5975b2bacf2798ba6134d07d

3624df8206a3fdacbff83d7ce1be6d4e93b5de779dad5ac1e69150ec881a0]]