**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION**

**LARRY KLAYMAN,**

**Plaintiff,**

**v.** **Case No. 4:25-cv-23-AW-MAF**

**UNITED STATES, et al.,**

**Defendants.**

___________________________/

**FLORIDA DEMOCRACTIC PARTY'S NOTICE OF FILING EXHIBIT IN SUPPORT OF DEFENDANT FLORIDA DEMOCRATIC PARTY'S MOTION TO DISMISS COMPLAINT FOR LACK OF SERVICE OF PROCESS**

Defendant Florida Democratic Party respectfully submits the following exhibit in support of its Motion to Dismiss Plaintiff's Amended Complaint: Exhibit A: Affidavit of Keith Moore

Respectfully submitted this 30th day of September 2025, by:

*/s/ Mark Herron*______
MARK HERRON
Florida Bar Number: 0199737
Messer Caparello, P.A.
Post Office Box 15579
Tallahassee, FL 32317
Telephone: (850) 222-0720
Facsimile: (850) 558-0659
Email: mherron@lawfla.com

*Attorney for the Florida Democratic Party*

**Certificate of Service**

I hereby certify that a true and correct copy was electronically filed using the Case Management/Electronic Case Filing ("CM/ECF") system on September 30, 2025 which will send a Notice of Electronic Filing to all counsel of record for the parties who have appeared in this proceeding.

***/s/ Mark Herron*** __________
Mark Herron