IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LARRY KLAYMAN,

Plaintiff,

v. Case No. 4:25-cv-23-AW-MAF

UNITED STATES, et al.,

Defendants.

_______________________________/

**AFFIDAVIT OF KEITH MOORE IN SUPPORT OG DEFENDANT FLORIDA DEMOCRATIC PARTY'S MOTION TO DISMISS COMPLAINT FOR LACK OF SERVICE OF PROCESS**

The undersigned, KEITH MOORE, swears or affirms that the following statements are true and are based upon his personal knowledge.

1. My name is Keith Moore. I am over the age of 18 and am fully competent to make the statements herein.

2. I am the Operations Director for the Florida Democratic Party, a position I have held since [month/date]. My office is located at 201 South Monroe Street, Suite 300, Tallahassee, FL 32301, the headquarters of the Florida Democratic Party.

3. I am aware of the complaint styled, *Klayman vs. Biden, et al.*, No. 2024-CA-001114 (Fla. 2d Jud. Cir. filed July 10, 2024). A copy of that complaint was never served on the Florida Democratic Party. I am not aware of any efforts made to serve the Florida Democratic Party. Had such efforts been made, as Operations Director, either they would have been made directly to me or I would have been notified of them almost immediately.

4. I am aware of the amended complaint filed July 18, 2024, in the above-reference state court case, *Klayman vs. Harris, et al.* A copy of that amended

complaint was never served on the Florida Democratic Party. I am not aware of any efforts made to serve the Florida Democratic Party. Had such efforts been made, as Operations Director, either they would have been made directly to me or I would have been notified of them almost immediately.

5. I am aware the state court case was removed to federal court on January 15, 2025, now styled as *Klayman vs. United States, et al.*, No. 4:25-cv-00023-AW-MAF. No complaint or amended complaint from this action was ever served on the Florida Democratic Party. I am not aware of any efforts made to serve the Florida Democratic Party. Had such efforts been made, as Operations Director, either they would have been made directly to me or I would have been notified of them almost immediately.

6. Neither Plaintiff nor anyone on Plaintiff's behalf has ever contacted me or any other official with the Florida Democratic Party seeking a waiver of or an acceptance of service of process of the complaint or the amended complaint. Again, had any other official with the Florida Democratic Party received such a communication, I would have been notified almost immediately.

7. As of the date of my signature below, the Florida Democratic Party has never been served with a copy of any document in the now-federal lawsuit.

Keith Moore

(This space intentionally left blank.)

FURTHER AFFIANT SAYETH NAUGHT.

**STATE OF FLORIDA**
**COUNTY OF LEON**

AA 9/30/25
~~online~~ notarization, this __ day of September 2025, by KEITH MOORE.

______________________________
(Signature of Notary Public - State of Florida)

AILEENE AMADIS
MY COMMISSION EXPIRES 03-06-2028
NOTARY PUBLIC
COMM. # HH 500928
STATE OF FLORIDA

______________________________
(Print, Type, or Stamp Commissioned Name of Notary Public)

Personally Known ✓ OR Produced Identification ____

Type of Identification Produced______________________________